UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | FEBRUARY 27, 2004 |

## **APPEARANCE**

Please enter the appearance of Beatrice S. Jordan, as attorney for the defendants, City of Norwich and Louis T. Fusaro, in addition to the appearances already on file by this firm.

                        DEFENDANTS,
                        CITY OF NORWICH and LOUIS T. FUSARO

                        By____/s/ Beatrice S. Jordan____
                           Beatrice S. Jordan
                           ct22001
                           Howd & Ludorf
                           65 Wethersfield Avenue
                           Hartford, CT  06114
                           (860) 249-1361
                           (860) 249-7665 (Fax)
                           E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of February, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

            _____/s/_ Beatrice S. Jordan_ __
            Beatrice S. Jordan