UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | APRIL 5, 2004 |

## JURY DEMAND

Defendant demands a trial by jury.

                  DEFENDANTS,
                  CITY OF NORWICH
                  AND LOUIS T. FUSARO

                By____/s/_Beatrice S. Jordan____
                  Beatrice S. Jordan
                  ct22001
                  Howd & Ludorf
                  65 Wethersfield Avenue
                  Hartford, CT  06114
                  (860) 249-1361
                  (860) 249-7665 (Fax)
                  E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 5th day of April, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                                 /s/  Beatrice S. Jordan
                                                            Beatrice S. Jordan