UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.:  3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | APRIL 5, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT DATED SEPTEMBER 8, 2003

### COUNT ONE

1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count One, as it is not directed to them.

### COUNT TWO

1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Two, as it is not directed to them.

### COUNT THREE

1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Three, as it is not directed to them.

**COUNT FOUR**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Four, as it is not directed to them.

**COUNT FIVE**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Five, as it is not directed to them.

**COUNT SIX**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Six, as it is not directed to them.

**COUNT SEVEN**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Seven, as it is not directed to them.

**COUNT EIGHT**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Eight, as it is not directed to them.

2

**COUNT NINE**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Nine, as it is not directed to them.

**COUNT TEN**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Ten, as it is not directed to them.

**COUNT ELEVEN**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Eleven, as it is not directed to them.

**COUNT TWELVE**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Twelve, as it is not directed to them.

**COUNT THIRTEEN**

      1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Thirteen, as it is not directed to them.

3

**COUNT FOURTEEN**

1.      The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Fourteen, as it is not directed to them.

**COUNT FIFTEEN**

1.      As to paragraphs 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 and 15, which were set out in Count One, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

2.      That portion of paragraph 3, which was set out in Count One, which states:  "At all times mentioned herein, the Defendant, James F. Daigle, Jr., (herein after referred to as Daigle) was a Detective Sergeant with the Norwich Police Department, a municipal agency of the Defendant, the City of Norwich acting as a police officer while on duty in that capacity." is denied.  As to the remainder of paragraph 3, which was set out in Count One, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leave the plaintiff to her burden of proof.

3.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 13, which was set out in Count One, as it calls for a legal conclusion.

4.     That portion of paragraph 16 which states:  "At all times mentioned herein, the Defendant, Louis J. Fusaro, was Chief of the Norwich Police Department" is admitted.  As to the remainder of paragraph 16, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion and, therefore, leave the plaintiff to her burden of proof.

5.     Paragraphs 17, 18, 19, 20 and 21 are denied.

**COUNT SIXTEEN**

1.     The answers to paragraphs 1 through 21 of Count Fifteen are hereby incorporated and made the answers to paragraphs 1 through 21 of Count Sixteen as if fully set forth herein.

**COUNT SEVENTEEN**

1.     The answers to paragraphs 1 through 15 of Count One, which were set out in Count Fifteen, are hereby incorporated and made the answers to paragraphs 1 through 15 of Count Seventeen as if fully set forth herein.

2.     As to paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 24, 26 and 27, which were set out as paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 and 15 in Count Three, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 25, which was set out as paragraph 13 in Count Three, as it calls for a legal conclusion.

4.      That portion of paragraph 27 of Count Seventeen which states:  "At all operative times mentioned herein, the Defendant, Louis J. Fusaro, was Chief of the Norwich Police Department" is admitted.  As to the remainder of paragraph 27, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

5.      Paragraphs 28, 29 and 30 are denied.

## COUNT EIGHTEEN

1.      The answers to paragraphs 1 through 26 of Count Seventeen are hereby made the answers to paragraphs 1 through 26 of Count Eighteen as if fully set forth herein.

2.      That portion of paragraph 27 which states:  "At all operative times mentioned herein, the Defendant, Louis J. Fusaro, was Chief of the Norwich Police Department" is admitted.  As to the remainder of paragraph 27, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

6

3.     The answers to paragraphs 28 through 30 of Count Seventeen are hereby made the answers to paragraphs 28 through 30 of Count Eighteen as if fully set forth herein.

## COUNT NINETEEN

1.     The answers to paragraphs 1 through 26 of Count Seventeen are hereby made the answers to paragraphs 1 through 26 of Count Nineteen as if fully set forth herein.

2.     That portion of paragraph 27 which states:  "At all operative times mentioned herein, the Defendant, Louis J. Fusaro, was Chief of the Norwich Police Department." is admitted.  As to the remainder of paragraph 27, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.     As to paragraph 28, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

4.     Paragraphs 29 through 31 are denied.

**COUNT TWENTY**

1.      The answers to paragraphs 1 through 26 of Count Seventeen are hereby made the answers to paragraphs 1 through 26 of Count Twenty as if fully set forth herein.

2.      That portion of paragraph 27 which states:  "At all operative times mentioned herein, the Defendant, Louis J. Fusaro, was Chief of the Norwich Police Department" is admitted.  As to the remainder of paragraph 27, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      As to paragraph 28, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

4.      Paragraphs 29 through 31 are denied.


**COUNT TWENTY-ONE**

1.      The answers to paragraphs 1 through 15 of Count One, which were set out in Count Fifteen, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-One as if fully set forth herein.

2.      Paragraph 16 is admitted.

3.      Paragraph 17 is denied.

4.      As to paragraph 18, the defendants, City of Norwich and Louis T. Fusaro, admit receipt of the notice but deny the adequacy of the notice pursuant to statutory provisions.

5.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-TWO**

1.      The answers to paragraphs 1 through 15 of Count Two, which were set out in Count Fifteen, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-Two as if fully set forth herein.

2.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 16, which was set out in Count Two, as it calls for a legal conclusion.

3.      Paragraph 17 is admitted.

4.      Paragraph 18 is denied.

5.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or

opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-THREE**

1.    The answers to paragraphs 1 through 3 of Count Three, which were set out in Count Fifteen, are hereby made the answers to paragraphs 1 through 3 of Count Twenty-Three as if fully set forth herein.

2.    As to paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, and 15 of Count Three, which are incorporated and made paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, 14 and 15 of Count Twenty-Three as if fully set forth herein, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.    The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 13, which was set out as paragraph 13 in Count Three, as it calls for a legal conclusion.

4.    Paragraph 16 is admitted.

5.    Paragraph 17 is denied.

6.    As to paragraph 18, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

7.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-FOUR**

1.      The answers to paragraphs 1 through 15 of Count Four, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-Four as if fully set forth herein.

2.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 16, which was set out in Count Four, as it calls for a legal conclusion.

3.      Paragraph 17 is admitted.

4.      Paragraph 18 is denied.

5.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-FIVE**

1.      The answers to paragraphs 1 through 12 of Count Five, which were set out in Count Fifteen, are hereby made the answers to paragraphs 1 through 12 of Count Twenty-Five as if fully set forth herein.

2.      The answers to paragraphs 14 and 15 of Count Five, which were set out in Count Fifteen, are hereby made the answers to paragraphs 13 and 14 of Count Twenty-Five as if fully set forth herein.

3.      Paragraph 15, which was set out in Count Five, is denied.

4.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 16, which was set out in Count Five, as it calls for a legal conclusion.

5.      Paragraph 17 is admitted.

6.      Paragraph 18 is denied.

7.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-SIX**

1.      The answers to paragraphs 1 through 15 of Count Six, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-Six as if fully set forth herein.

2.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 16, which was set out in Count Six, as it calls for a legal conclusion.

3.      Paragraph 17 is admitted.

4.      Paragraph 18 is denied.

5.      As to paragraph 19, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-SEVEN**

1.      The answers to paragraphs 1 through 15 of Count Seven, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-Seven as if fully set forth herein.

2.      As to paragraphs 16 and 17, which were set out in Count Seven, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      Paragraph 18 is admitted.

4.      Paragraph 19 is denied.

5.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.      As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-EIGHT**

1.      The answers to paragraphs 1 through 15 of Count Eight, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 through 15 of Count Twenty-Seven as if fully set forth herein.

2.      As to paragraphs 16 and 17, which were set out in Count Eight, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

14

3.    Paragraph 18 is admitted.

4.    Paragraph 19 is denied.

5.    As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.    As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT TWENTY-NINE**

1.    The answers to paragraphs 1 and 2 of Count Nine, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 1 and 2 of Count Twenty-Nine as if fully set forth herein.

2.    Paragraph 3, which was set out in Count Nine, is denied.

3.    The answers to paragraphs 4 through 15 of Count Nine, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 4 through 15 of Count Twenty-Nine as if fully set forth herein.

4.    As to paragraph 16 and 17, which were set out in Count Nine, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

5.      Paragraph 18 is admitted.

6.      Paragraph 19 is denied.

7.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

8.      As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.


**<u>COUNT THIRTY</u>**

1.      The answers to paragraphs 1 and 2 of Count Ten, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 and 2 of Count Thirty as if fully set forth herein.

2.      Paragraph 3, which was set out in Count Ten, is denied.

3.      The answers to paragraphs 4 through 15 of Count Ten, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 4 through 15 of Count Thirty as if fully set forth herein.

4.      As to paragraph 16 and 17, which were set out in Count Ten, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

16

5.      Paragraph 18 is admitted.

6.      Paragraph 19 is denied.

7.      As to paragraph 20, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

8.      As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT THIRTY-ONE**

1.      The answers to paragraphs 1 through 15 of Count Eleven, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 1 through 15 of Count Thirty-One as if fully set forth herein.

2.      As to paragraphs 16, 18 and 19, which were set out in Count Eleven, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 17, which was set out in Count Eleven, as it calls for a legal conclusion.

4.      Paragraph 20 is admitted.

5.      Paragraph 21 is denied.

6.      As to paragraph 22, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

7.      As to paragraph 23, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT THIRTY-TWO**

1.      The answers to paragraphs 1 through 15 of Count Twelve, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 through 15 of Count Thirty-Two as if fully set forth herein.

2.      As to paragraphs 16, 18 and 19, which were set out in Count Twelve, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      The defendants, City of Norwich and Louis T. Fusaro, do not respond to paragraph 17, which was set out in Count Twelve, as it calls for a legal conclusion.

4.      Paragraph 20 is admitted.

5.      Paragraph 21 is denied.

6.      As to paragraph 22, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

7.      As to paragraph 23, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT THIRTY-THREE**

1.      The answers to paragraphs 1 through 15 of Count Thirteen, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 1 through 15 of Count Thirty-Two as if fully set forth herein.

2.      As to paragraphs 16, 17 and 18, which were set out in Count Thirteen, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.      Paragraph 19 is admitted.

4.      Paragraph 20 is denied.

5.      As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

6.     As to paragraph 22, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT THIRTY-FOUR**

1.     The answers to paragraphs 1 through 15 of Count Fourteen, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 1 through 15 of Count Thirty-Four as if fully set forth herein.

2.     As to paragraphs 16, 17 and 18, which were set out in Count Fourteen, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

3.     Paragraph 19 is admitted.

4.     Paragraph 20 is denied.

5.     As to paragraph 21, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

7.     As to paragraph 22, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

**COUNT THIRTY-FIVE**

     1.    The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Thirty-Five, as it is not directed to them.

**COUNT THIRTY-SIX**

     1.    The defendants, City of Norwich and Louis T. Fusaro, do not answer Count Thirty-Six, as it is not directed to them.

**COUNT THIRTY-SEVEN**

     1.    The answers to paragraphs 1 through 15 of Count Thirty-Five, which were set out in Count Twenty-One, are hereby made the answers to paragraphs 1 through 15 of Count Thirty-Seven as if fully set forth herein.

     2.    As to paragraphs 16, 17, 18, 19 and 20, which were set out in Count Thirty-Five, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

     3.    The answers to paragraphs 1 through 15 of Count Thirty-Six, which were set out in Count Twenty-Three, are hereby made the answers to paragraphs 21 through 35 of Count Thirty-Seven as if fully set forth herein.

     4.    As to paragraphs 36, 37, 38, 39 and 40, which were set out as paragraphs 16, 17, 18, 19 and 20 of Count Thirty-Six, the defendants, City of Norwich

and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

      5.      Paragraph 41 is admitted.

      6.      Paragraph 42 is denied.

      7.      As to paragraph 43, the defendants, City of Norwich and Louis T. Fusaro admit receipt of the notice, however, they deny the adequacy of the notice pursuant to statutory provisions.

      8.      As to paragraph 44, the defendants, City of Norwich and Louis T. Fusaro, do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Special Defense to Counts Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-Four and Thirty-Seven**

The plaintiff's complaint fails to state a claim upon which relief may be granted.

**Second Special Defense to Counts Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty, Twenty-One, Twenty-Two, Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-Four and Thirty-Seven**

The plaintiff's claims are barred by the doctrine of governmental immunity

pursuant to both common law and Conn. Gen. Stat. §52-557n.

**Third Special Defense to Counts Fifteen, Sixteen, Seventeen, Eighteen, Nineteen and Twenty**

The plaintiffs' claims against defendants are barred by the doctrine of

qualified immunity.

**Fourth Special Defense to Counts Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty and Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-Four and Thirty-Seven**

If the plaintiff, Melanie Wilson, has a claim against any other insurer under any

provision in an insurance policy, other than a claim against the policy of Legion

23

Insurance Company which is expressly denied, which is also a covered claim under

Conn. Gen. Stat. §§38a-836 to 38a-853, inclusive, shall exhaust first his rights under

such policy, and pursuant to Conn. Gen. Stat. §38a-845(1), any amount payable by

Legion Insurance Company on a covered claim under Conn. Gen. Stat. §§38a-836 to

38a-853, inclusive, shall be reduced by the amount recoverable under that insurance

policy and Chapter 568 of the Connecticut General Statutes.

**Fifth Special Defense to Counts Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, Twenty and Twenty-Three, Twenty-Four, Twenty-Five, Twenty-Six, Twenty-Seven, Twenty-Eight, Twenty-Nine, Thirty, Thirty-One, Thirty-Two, Thirty-Three, Thirty-Four and Thirty-Seven**

If the plaintiff, Melanie Wilson, has a claim under any governmental insurance

or guaranty program which such claim is also a covered claim shall be required to first

exhaust his rights under such program and pursuant to Conn. Gen. Stat. §38a-845(3),

any amount payable by Legion Insurance Company, which is expressly denied, on a

covered claim under sections 38a-836 to 38a-853, inclusive, shall be reduced by any

amount recoverable under such program.

DEFENDANTS,
CITY OF NORWICH
AND LOUIS T. FUSARO


By____/s/  Beatrice S. Jordan____ _
     Beatrice S. Jordan
     ct22001
     Howd & Ludorf
     65 Wethersfield Avenue
     Hartford, CT  06114
     (860) 249-1361
     (860) 249-7665 (Fax)
     E-Mail:  bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 5th day of April, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____    /s/  Beatrice S. Jordan_ __
Beatrice S. Jordan

26