UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION |
| | | NO. 3:02CV1026 (CFD) |
| V. | : | |
| CITY OF NORWICH, LOUIS T. FUSARO and JAMES F. DAIGLE, JR. | : | APRIL 14, 2004 |

### MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendant, James F. Daigle, Jr., hereby moves this Court for leave to amend his Answer to include two (2) additional Affirmative Defenses.  The defendant's Answer and Affirmative Defenses dated March 16, 2004 included six Affirmative Defenses.  The defendant requests leave to include two (2) additional Affirmative Defense based on the insurance coverage status of the defendant, James F. Daigle, Jr.  For the following reasons, good cause exists for the granting of this motion.

Federal Rule of Civil Procedure 15(a) states that leave to amend pleadings "shall be freely given when justice so requires."  Based upon information learned through discovery to date, justice requires that this amendment be allowed as the defendant has discovered facts and information that afford them a good faith basis for asserting the proposed Affirmative Defenses.  Thus, justice requires that the defendant be allowed to assert these Affirmative Defenses.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Furthermore, the plaintiff will not be prejudiced by this amendment as the trial in this matter has not been scheduled. Therefore, the plaintiff has sufficient time to prepare a response to these Affirmative Defenses. A copy of the proposed amended Answer and Affirmative Defenses is attached hereto as Exhibit A.

WHEREFORE, the defendant respectfully moves this Court for leave to amend his Answer and Affirmative Defenses to include a Seventh and Eighth Affirmative Defense based upon the insurance coverage status of the defendant, James F. Daigle, Jr.

>THE DEFENDANT
>JAMES F. DAIGLE, JR.
>
>By _____
>Eric P. Daigle of
>HALLORAN & SAGE LLP
>Fed. Bar #ct23486
>One Goodwin Square
>225 Asylum Street
>Hartford, CT 06103
>(860) 522-6103
>Daigle@halloran-sage.com

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 14th day of April, 2004, I hereby mailed a copy of the foregoing Motion for Leave to Amend Answer to:

Peter Catania, Esquire
Attorney Linda L. Mariani
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris, Esquire
Gordon, Chinigo, Leone,
  Maruzo, Basilica, LLP
141 Broadway
Norwich, CT 06360

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

                                      Eric P. Daigle

537639.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105