

FILED
2004 MAR 10 A 11: 32
U.S. DISTRICT COURT
HARTFORD, CT.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION<br>NO. 3:02 CV1026 (CFD) |
| | : | |
| CITY OF NORWICH; LOUIS T. FUSARO;<br>JAMES F. DAIGLE, JR. | : | MARCH 2, 2004 |

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT  4/27/04

## JOINT RULE 26(f) REPORT

Date Complaint Filed:    Complaint was initially filed in Superior Court on May 13, 2002. The Defendants removed the matter on June 18, 2002. An Amended Complaint was filed on September 8, 2003

Date Complaint was served:

Date of Defendant(s) Appearance:    Defendants appeared in this case on June 11, 2002.

Pursuant to Fed. R. Civ P 16(b), 26(f) and D.Conn L. Civ. R. 38. A conference was held on February 25, 2004. The participants were:

**John Williams,** Williams & Pattis, 51 Elm Street, Suite 409, New Haven, CT 06510 for the plaintiff, Melanie Wilson.

**Eric P. Daigle,** Halloran & Sage, LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103 for the defendant, James F. Daigle, Jr.

**Beatrice S. Jordan**, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114, for the defendants City of Norwich and Louis T. Fusaro.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105