FILED

2004 APR 15 A 11: 24

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELANIE WILSON : CIVIL ACTION
 : NO. 3:02CV1026 (CFD)
V. :

CITY OF NORWICH, LOUIS T.
FUSARO and JAMES F. DAIGLE, JR. : APRIL 14, 2004

## MOTION TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendant, James F. Daigle, Jr., hereby moves this Court for leave to amend his Answer to include two (2) additional Affirmative Defenses. The defendant's Answer and Affirmative Defenses dated March 16, 2004 included six Affirmative Defenses. The defendant requests leave to include two (2) additional Affirmative Defense based on the insurance coverage status of the defendant, James F. Daigle, Jr. For the following reasons, good cause exists for the granting of this motion.

Federal Rule of Civil Procedure 15(a) states that leave to amend pleadings "shall be freely given when justice so requires." Based upon information learned through discovery to date, justice requires that this amendment be allowed as the defendant has discovered facts and information that afford them a good faith basis for asserting the proposed Affirmative Defenses. Thus, justice requires that the defendant be allowed to assert these Affirmative Defenses.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105