UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION |
| | | NO. 3:02CV1026 (CFD) |
| V. | : | |
| | | |
| CITY OF NORWICH, LOUIS T. | | |
| FUSARO and JAMES F. DAIGLE, JR. | : | APRIL 14, 2004 |

## **AMENDED ANSWER TO AMENDED COMPLAINT**

**COUNT ONE**

     1.    As to the allegations of Paragraph 1 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

     2.    As to the allegations of Paragraph 2 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

     3.    So much of Paragraph 3 of Count One that states "His actions described herein were malicious, wanton and willful. He is sued only in his individual capacity." is denied. The remaining allegations of Paragraph 3 are admitted.

     4.    The allegations of Paragraph 4 of Count One are admitted.

     5.    So much of Paragraph 5 of Count One which states "The Defendant, Daigle, also participated in this operation" is admitted; as to the remaining allegations of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Paragraph 5, this defendant has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

    6.    As to the allegations of Paragraph 6 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

    7.    The allegations of Paragraph 7 of Count One are denied.

    8.    The allegations of Paragraph 8 of Count One are denied.

    9.    The allegations of Paragraph 9 of Count One are denied.

    10.    The allegations of Paragraph 10 of Count One are denied.

    11.    As to the allegations of Paragraph 11 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

    12.    The allegations of Paragraph 12 of Count One are denied.

    13.    The allegations of Paragraph 13 of Count One are denied.

    14.    As to the allegations of Paragraph 14 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

    15.    As to the allegations of Paragraph 15 of Count One, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT TWO**

     1.     The defendant, James F. Daigle, Jr.'s, answers to Paragraph 1 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Two as if fully set forth herein.

     16.     The allegations of Paragraph 16 of Count Two are denied.

**COUNT THREE**

     1.     The defendant, James F. Daigle, Jr.'s, answers to Paragraph 1 through 3 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 3 of Count Three as if fully set forth herein.

     4.     The allegations of Paragraph 4 of Count Three are denied.

     5.     The allegations of Paragraph 5 of Count Three are denied.

     6.     The allegations of Paragraph 6 of Count Three are denied.

     7.     The allegations of Paragraph 7 of Count Three are denied.

     8.     As to the allegations of Paragraph 8 of Count Three, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

     9.     The allegations of Paragraph 9 of Count Three are denied.

     10.     The allegations of Paragraph 10 of Count Three are denied.

     11.     The allegations of Paragraph 11 of Count Three are denied.

     12.     The allegations of Paragraph 12 of Count Three are denied.

     13.     The allegations of Paragraph 13 of Count Three are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14. As to the allegations of Paragraph 14 of Count Three, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

15. As to the allegations of Paragraph 15 of Count Three, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

**COUNT FOUR**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Four as if fully set forth herein.

16. The allegations of Paragraph 16 of Count Four are denied.

**COUNT FIVE**

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 12 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 12 of Count Five as if fully set forth herein.

13. The defendants, James F. Daigle, Jr.'s, answers to Paragraphs 14 and 15 of Count One are hereby incorporated and made his answers to Paragraphs 13 and 14 of Count Five as if fully set forth herein.

15. The allegations of Paragraph 15 of Count Five are denied.

16. The allegations of Paragraph 16 of Count Five are denied.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT SIX**

1.	The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 12 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 12 of Count Six as if fully set forth herein.

13.	The defendants, James F. Daigle, Jr., answers to Paragraphs 14 and 15 of Count Three are hereby incorporated and made his answers to Paragraphs 14 and 15 of Count Six as if fully set forth herein.

16.	The allegations of Paragraph 16 of Count Six are denied.

**COUNT SEVEN**

1.	The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Seven as if fully set forth herein.

16.	The allegations of Paragraph 16 of Count Seven are denied.

17.	The allegations of Paragraph 17 of Count Seven are denied.

**COUNT EIGHT**

1.	The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Eight as if fully set forth herein.

16.	The allegations of Paragraph 16 of Count Eight are denied.

17.	The allegations of Paragraph 17 of Count Eight are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT NINE**

     1.     The defendant, James F. Daigle, Jr.'s, answer to Paragraphs 1 and 2 of Count One are hereby incorporated and made his answers to Paragraphs 1 and 2 of Count Nine as if fully set forth herein.

     3.     As to the allegations of Paragraph 3 of Count Nine, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

     4.     The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 4 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 4 through 15 of Count Nine as if fully set forth herein.

     16.     The allegations of Paragraph 16 of Count Nine are denied.

     17.     The allegations of Paragraph 17 of Count Nine are denied.

**COUNT TEN**

     1.     The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 and 2 of Count Three are hereby incorporated and made his answers to Paragraphs 1 and 2 of Count Ten as if fully incorporated herein.

     3.     As to the allegations of Paragraph 3 of Count Ten, the defendant, James F. Daigle, Jr., has insufficient knowledge on which to form a belief and therefore, leaves the plaintiff to her proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 4 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 4 through 15 of Count Ten as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Ten are denied.

17. The allegations of Paragraph 17 of Count Ten are denied.

**COUNT ELEVEN**

1.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Eleven as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Eleven are denied.

17. The allegations of Paragraph 17 of Count Eleven are denied.

18. The allegations of Paragraph 18 of Count Eleven are denied.

19. The allegations of Paragraph 19 of Count Eleven are denied.

**COUNT TWELVE**

1.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Twelve as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Twelve are denied.

17. The allegations of Paragraph 17 of Count Twelve are denied.

18. The allegations of Paragraph 18 of Count Twelve are denied.

19. The allegations of Paragraph 19 of Count Twelve are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT THIRTEEN**

1.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Thirteen as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Thirteen are denied.

17. The allegations of Paragraph 17 of Count Thirteen are denied.

18. The allegations of Paragraph 18 of Count Thirteen are denied.

**COUNT FOURTEEN**

1.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Fourteen as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Fourteen are denied.

17. The allegations of Paragraph 17 of Count Fourteen are denied.

18. The allegations of Paragraph 18 of Count Fourteen are denied.

**COUNT FIFTEEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Fifteen as such count is not directed to him.

**COUNT SIXTEEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Sixteen as such count is not directed to him.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT SEVENTEEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Seventeen as such count is not directed to him.

**COUNT EIGHTEEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Eighteen as such count is not directed to him.

**COUNT NINETEEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Nineteen as such count is not directed to him.

**COUNT TWENTY**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty as such count is not directed to him.

**COUNT TWENTY-ONE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-One as such count is not directed to him.

**COUNT TWENTY-TWO**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Two as such count is not directed to him.

**COUNT TWENTY-THREE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Three as such count is not directed to him.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT TWENTY-FOUR**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Four as such count is not directed to him.

**COUNT TWENTY-FIVE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Five as such count is not directed to him.

**COUNT TWENTY-SIX**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Six as such count is not directed to him.

**COUNT TWENTY-SEVEN**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Seven as such count is not directed to him.

**COUNT TWENTY-EIGHT**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Eight as such count is not directed to him.

**COUNT TWENTY-NINE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Twenty-Nine as such count is not directed to him.

**COUNT THIRTY**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty as such count is not directed to him.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**COUNT THIRTY-ONE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty-One as such count is not directed to him.

**COUNT THIRTY-TWO**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty-Two as such count is not directed to him.

**COUNT THIRTY-THREE**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty-Three as such count is not directed to him.

**COUNT THIRTY-FOUR**

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty-Four as such count is not directed to him.

**COUNT THIRTY-FIVE**

1.  The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count One are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Thirty-Five as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Thirty-Five are denied.

17. The allegations of Paragraph 17 of Count Thirty-Five are denied.

18. The allegations of Paragraph 18 of Count Thirty-Five are denied.

19. The allegations of Paragraph 19 of Count Thirty-Five are denied.

20. The allegations of Paragraph 20 of Count Thirty-Five are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### COUNT THIRTY-SIX

1. The defendant, James F. Daigle, Jr.'s, answers to Paragraphs 1 through 15 of Count Three are hereby incorporated and made his answers to Paragraphs 1 through 15 of Count Thirty-Six as if fully incorporated herein.

16. The allegations of Paragraph 16 of Count Thirty-Six are denied.

17. The allegations of Paragraph 17 of Count Thirty-Six are denied.

18. The allegations of Paragraph 18 of Count Thirty-Six are denied.

19. The allegations of Paragraph 19 of Count Thirty-Six are denied.

20. The allegations of Paragraph 20 of Count Thirty-Six are denied.

### COUNT THIRTY-SEVEN

The defendant, James F. Daigle, Jr., does not answer the allegations contained in Count Thirty-Seven as such count is not directed to him.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Counts One through Fourteen, Thirty-Five and Thirty-Six)

The plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
(Counts One through Fourteen, Thirty-Five and Thirty-Six)

At all times relevant to this action, the defendant, James F. Daigle, Jr., was entitled to qualified immunity as he was involved in the exercise of discretionary duties, did not violate any clearly established constitutional right which a reasonable police

- 12 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

officer would have known or, in the alternative, his actions were objectively reasonable for him to believe that he did not violate any clearly established constitutional or statutory right of the plaintiff.

**THIRD AFFIRMATIVE DEFENSE**
  (Counts One through Fourteen, Thirty-Five and Thirty-Six)

At all times relevant hereto, the undersigned defendant, James F. Daigle, Jr., was immune from liability as to any state law claims as he was engaged in discretionary activities while performing public duties as part of his governmental function.

**FOURTH AFFIRMATIVE DEFENSE**
(Counts One and Four)

The undersigned defendant, James F. Daigle, Jr., sets forth the affirmative defense of consent in that the plaintiff consented to all photographs taken of her.

**FIFTH AFFIRMATIVE DEFENSE**
(Counts Thirteen and Fourteen)

The plaintiff's Complaint fails to state a claim upon which relief may be granted in that the plaintiff has failed to sufficiently allege an agency relationship in that the defendant, James Daigle, is not her employer.

**SIXTH AFFIRMATIVE DEFENSE**
(Counts Thirteen and Fourteen)

The court lacks subject matter jurisdiction over the plaintiff's claims of sexual harassment in that the plaintiff failed to exhaust her administrative remedies.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**SEVENTH AFFIRMATIVE DEFENSE**
(Counts One through Fourteen, Thirty-Five and Thirty–Six)

If the plaintiff, Melanie Wilson, has a claim against any other insured under any provision of any insurance policy, other than a claim against the policy of Legion Insurance Company, which is expressly denied, which is also a covered claim under Connecticut General Statutes §§ 38a-836 to 38a-853, inclusive, shall first exhaust her rights under said policy, and pursuant to Connecticut General Statutes § 38a-845(1) any amount payable by Legion Insurance Company on a covered claim under Connecticut General Statutes §§ 38a-836 to 38a-853, inclusive, shall be reduced by the amount recoverable under the insurance policy in Chapter 658 of the Connecticut General Statutes.

**EIGHTH SPECIAL DEFENSE**
(Counts One through Fourteen, Thirty-Five and Thirty-Six)

If the plaintiff, Melanie Wilson, has a claim under any governmental insurance or guaranty program, which claim is also a covered claim, she shall be required to first exhaust her rights under such program pursuant to Connecticut General Statutes § 38a-845(3) any amount payable by Legion Insurance Company, which is expressly denied, on a covered claim under §§ 38a-836 to 38a-853, inclusive, shall be reduced by any amount recoverable under such program.

- 14 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE DEFENDANT
        JAMES F. DAIGLE, JR.


By _____
    Eric P. Daigle of
    HALLORAN & SAGE LLP
    Fed. Bar #ct23486
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103
    Daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 14th day of April, 2004, I hereby mailed a copy of the foregoing Amended Answer to Amended Complaint to:

Peter Catania, Esquire
Attorney Linda L. Mariani
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris, Esquire
Gordon, Chinigo, Leone,
  Maruzo, Basilica, LLP
141 Broadway
Norwich, CT 06360

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

_____
Eric P. Daigle

513276.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105