## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION NO. |
| | : | 3:02CV1026(CFD) |
| V. | : | |
| CITY OF NORWICH, LOUIS T. FUSARO | : | |
| and JAMES F. DAIGLE, JR. | : | AUGUST 16, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the defendant, James F. Daigle, Jr., respectfully requests this Court for an enlargement of time of thirty (30) days to and including October 9, 2004 within which to respond to the plaintiff's Interrogatories dated August 10, 2004. This is this defendant's first such request for an enlargement of time. Plaintiff's counsel consents to this request for an enlargement of time.

          THE DEFENDANT
          JAMES F. DAIGLE, JR.

By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar No. ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 16th day of August, 2004, I hereby mailed a copy of the foregoing Motion for Enlargement of Time to:

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Attorney Linda L. Mariani
Stephen E. Reck, Esquire
Mariani & Reck
P.O. 1630
New London, CT 06320-1630

Thomas R. Gerarde, Esquire
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

                                                                     Eric P. Daigle

583406.1(HS-FP)