UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELANIE WILSON : NO.: 3:02CV1026 (CFD)
:
v. :
:
CITY OF NORWICH, ET AL : AUGUST 18, 2004

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Local Rule 33(b), the defendants, City of Norwich and Louis T. Fusaro, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **October 11, 2004**, in which to answer, object or otherwise respond to plaintiff's Interrogatories dated August 10, 2004. Additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted John R. Williams, Esquire, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants requests that their Motion for Enlargement of Time up to and including **October 11, 2004**, be granted.

>DEFENDANTS,
>CITY OF NORWICH
>AND LOUIS T. FUSARO
>
>
>By\_\_\_\_/s/ Beatrice S. Jordan\_\_\_\_
>    Beatrice S. Jordan
>    ct22001
>    Howd & Ludorf
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    (860) 249-1361
>    (860) 249-7665 (Fax)
>    E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 18th day of August, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                       /s/ Beatrice S. Jordan
                                                             Beatrice S. Jordan