FILED

2004 AUG 27  A 11: 20

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL. | : | AUGUST 25, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the Plaintiff, Melanie Wilson, hereby move the Court for an enlargement of time of thirty (30) days, up to and including October 11, 2004 in which to answer or object to Defendants' written interrogatories and Requests for Production filed by James Daigle dated September 23, 2004. Due to the extensive discovery, Plaintiff moves this Court for additional time in which to prepare appropriate responses.

The undersigned has contacted Beatrice S. Jordan, counsel for the defendant, City of Norwich, and has been advised that the defendant has no objection to the granting of this motion. The plaintiff has not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the plaintiff requests that her Motion for enlargement of Time up to and including October 11, 2004, be granted.

        PLAINTIFF,
        MELANIE WILSON

        BY_____
        Stephen E. Reck
        ct07905
        Mariani & Reck, LLC
        83 Broad Street
        New London, CT 06320
        (860) 443-5023
        (860) 443-8897 (fax)

CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of records this 25th day of August, 2004:

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Beatrice S. Jordan, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Stephen E. Reck