*02cv1026 m ext*

*59*

**FILED**

UNITED STATES DISTRICT COURT ²⁰⁰⁴ AUG 27  A 11: 20

DISTRICT OF CONNECTICUT   U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | AUGUST 25, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the Plaintiff, Melanie Wilson, hereby move the Court for an enlargement of time of thirty (30) days, up to and including October 11, 2004 in which to answer or object to Defendants' written interrogatories and Requests for Production filed by James Daigle dated September 23, 2004.  Due to the extensive discovery, Plaintiff moves this Court for additional time in which to prepare appropriate responses.

The undersigned has contacted Beatrice S. Jordan, counsel for the defendant, City of Norwich, and has been advised that the defendant has no objection to the granting of this motion.  The plaintiff has not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

**GRANTED.** It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT  9/14/04

FILED
2004 SEP 14  P 3: 13
U.S. DISTRICT COURT
HARTFORD, CT.