UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | OCTOBER 8, 2004 |

**MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to Local Rule 33(b), the defendants, City of Norwich and Louis T. Fusaro, hereby move the Court for an enlargement of time of fourteen (14) days, up to and including **October 25, 2004**, in which to answer, object or otherwise respond to plaintiff's Interrogatories dated August 10, 2004. Additional time is necessary to coordinate the voluminous documentation and information required to prepare an appropriate response.

    The undersigned has contacted John R. Williams, Esquire, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion. This is the defendants' second enlargement of time to respond to this discovery request. The requested enlargement of time will not delay the proceedings in this matter.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants requests that their Motion for Enlargement of Time up to and including **October 25, 2004**, be granted.

        DEFENDANTS,
        CITY OF NORWICH
        AND LOUIS T. FUSARO


By_____/s/_Beatrice S. Jordan_____
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT 06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of October, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                    /s/ Beatrice S. Jordan
                                                Beatrice S. Jordan