UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 24  P 4: 50

U.S. DISTRICT COURT
HARTFORD, CT.

MELANIE WILSON
    Plaintiff,

v.

CITY OF NORWICH, et al.
    Defendants,

Civil Action No. 3:02CV1026(CFD)

## ORDER

The parties' Stipulated Motion for Protective Order [**Document # 62**] is hereby **APPROVED**, subject to the modifications of this order.

Any papers, materials or information submitted to the court will be deemed public documents, unless a party requests to have those documents filed under seal and such request is approved upon a showing of good cause. The request to seal shall be filed in accordance with Rule 5(d) of the Local Rules of Civil Procedure for the District of Connecticut. Any submissions to the court accompanied by a request to seal will be treated as sealed until the court acts upon the request. The request to seal shall set forth each document subject to the request and the basis for such request.

Hearings and testimony will also be open to the public unless a party makes a prior request that they be closed to the public and such request is approved upon a showing of good cause.

SO ORDERED this 24th day of November 2004 at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

Exhibit A