UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | DECEMBER 6, 2004 |

**MOTION FOR BOND**

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, City of Norwich and Louis T. Fusaro, respectfully move for an order that the plaintiff, Melanie Wilson, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from entry of such order.

DEFENDANTS,
CITY OF NORWICH
AND LOUIS T. FUSARO


By____/s/_ Beatrice S. Jordan_____
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  bjordan@hl-law.com

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of December, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                _____/s/_ Beatrice S. Jordan_ __
                                                Beatrice S. Jordan