**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION |
| | | NO. 3:02CV1026 (CFD) |
| V. | : | |
| | | |
| CITY OF NORWICH, LOUIS T. | | |
| FUSARO and JAMES F. DAIGLE, JR. : | | January 5, 2005 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to

withdraw his appearance on behalf of the defendants, James F. Daigle, Jr. in the above-

captioned matter.  Said defendants continue to be represented by James M. Sconzo of

Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of

law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw

Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

THE DEFENDANTS,


By_____
Kevin R. Brady of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. 23964
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

This is to certify that on this 5th day of January, 2005, I hereby mailed a copy of the foregoing to:

Peter Catania, Esquire
Attorney Linda L. Mariani
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris, Esquire
Gordon, Chinigo, Leone,
  Maruzo, Basilica, LLP
141 Broadway
Norwich, CT 06360

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

_____
Kevin R. Brady

630249_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105