UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | JANUARY 27, 2005 |

**APPEARANCE**

Please enter the appearance of Melinda A. Powell, as attorney for the defendants, City of Norwich and Louis T. Fusaro, in addition to the appearances already on file by this firm.

                      DEFENDANTS,
                      CITY OF NORWICH and LOUIS T.
                      FUSARO


                      By /S/ Melinda A. Powell_____
                         Melinda A. Powell
                         Ct17049
                         Howd & Ludorf
                         65 Wethersfield Avenue
                         Hartford, CT  06114
                         (860) 249-1361
                         (860) 249-7665 (Fax)
                         E-Mail:  mpowell@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of January, 2005.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

    /S/ Melinda A. Powell
    Melinda A. Powell