UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | FEBRUARY 14, 2005 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION

The defendants, City of Norwich and Louis T. Fusaro, hereby request an enlargement of time of sixty (60) days, up to and including, **May 1, 2005** and that the case management deadline set forth in the Scheduling Order approved by the Court on December 14, 2004 be modified in accordance with the deadline set forth below.

In support of this motion, the defendants represent that written discovery has been served and responded to by both parties. The prior handling attorney, Attorney Beatrice Jordan, went out on maternity leave on January 19, 2005. The undersigned is now handling this matter and will be deposing the plaintiff as well as preparing a dispositive motion. The defendants' previous motion for enlargement (Doc #68) regarding dispositive motions was granted until March 1, 2005. We have been unsuccessful thus far in scheduling the plaintiff's deposition. Therefore, the

ORAL ARGUMENT IS NOT REQUESTED

undersigned cannot complete the plaintiff's deposition and prepare a dispositive motion by March 1, 2005.

    Accordingly, the defendants respectfully request that the deadline to file their dispositive motion be moved to May 1, 2005.

    Pursuant to Local Rule 9(b)(2), the undersigned has contacted counsel for the plaintiff, Attorney John Williams, and has been advised that the plaintiff has no objection to the granting of this motion.

    This is the defendants' second motion for enlargement of time regarding dispositive motions.

    The granting of this motion will not unduly delay these proceedings or prejudice any party.

    DEFENDANTS,
    CITY OF NORWICH
    AND LOUIS T. FUSARO

By____/s/ Melinda A. Powell_____
    Melinda A. Powell
    ct17049
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  mpowell@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 14th day of February, 2005.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　_____/s/ Melinda A. Powell_____
　　　　　　　　　　　　　　　　　　　Melinda A. Powell