UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | MARCH 31, 2005 |

## **APPEARANCE**

Please enter the appearance of Alexandria L. Voccio, as attorney for the defendants, City of Norwich and Louis T. Fusaro, in addition to the appearances already on file by this firm.

                                                DEFENDANTS,
                                                CITY OF NORWICH and LOUIS T.
                                                FUSARO

By /S/ Alexandria L. Voccio
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  avocciol@hl-law.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 31st day of March, 2005.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                  /S/ Alexandria L. Voccio
                                                  Alexandria L. Voccio