Exhibit A

```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3
   MELANIE WILSON,              :   NO.: 3:02CV1026(CFD)
 4        Plaintiff,            :
                                :
 5   v.                         :
                                :   MARCH 31, 2005
 6                              :
   CITY OF NORWICH, ET AL,      :
 7        Defendants.           :

 8

 9
   ------------------------------------------------------
10           DEPOSITION OF MELANIE WILSON
   ------------------------------------------------------
11

12
   APPEARANCES:
13
           MARIANI & RECK, LLC
14             Attorneys for the Plaintiff
               83 Broad Street, P.O. Box 1630
15             New London, Connecticut 06320-1630
               (860) 443-5023
16         BY: KRISTI A. HANNEY, ESQ.

17
           JOHN R. WILLIAMS and ASSOCIATES, LLC
18             Attorneys for the Plaintiff
               51 Elm Street, Suite 409
19             New Haven, Connecticut  06510
               (203) 562-9931
20         BY: ROB A. SERAFINOWICZ, ESQ.

21
   APPEARANCES CONTINUED
22
           NIZIANKIEWICZ & MILLER REPORTING SERVICES
23                   972 Tolland Street
           East Hartford, Connecticut 06108-1533
24                   (860) 291-9191

25           DONNA M. DECIANTIS, LSR
```

107

1  Q    Okay.  In that two weeks did you talk to
2  any other police officers?
3  A    No.  Besides the phone call from
4  Detective Mocek.
5  Q    And how many times did you talk to him in
6  that two-week period?
7  A    Once.
8  Q    Okay.  If we can use that phone call as a
9  guide and try and work through your two weeks and
10 identify as best you can your recollection of the
11 conversations you had, please.
12 A    Well, like I said, from the initial phone
13 call I called him up inquiring about why he told me
14 another officer was being investigated when it
15 appeared to be him.  He responded -- again, this is
16 a meshing of my conversations with him within that
17 two weeks.  But he said that she was lying and that
18 it would all blow over.  And as more and more
19 articles came out in the paper, I would call him and
20 tell him what they were saying.  And he told me when
21 Detective Mocek was going to call to just be calm
22 and say nothing had happened.  So that's what I did.
23 And I called Daigle after I had that conversation
24 with Detective Mocek telling him exactly that, that
25 nothing had happened.

108

1   Q   So you're testifying today that Daigle
2 told you to tell Mocek that nothing had happened?
3   A   Um-hum.
4   Q   And Daigle didn't tell you to tell the
5 truth?
6   A   No, he did not.
7   Q   And in your conversations with Mocek,
8 what kind of questions did he ask you?
9   A   Detective Mocek asked me if I remembered
10 doing the sting. He asked me if anything out of the
11 ordinary happened. While I don't remember
12 specifically, I do believe he asked me if any
13 photographs were taken, which I replied no. And it
14 was a fairly short conversation.
15   Q   Did he ask you if you had a good time?
16   A   I believe so, yes.
17   Q   And you said that you did have a good
18 time?
19   A   Yes.
20   Q   And do you recall testifying that you
21 would do it again if given the opportunity?
22   A   Yes, I did say that.
23   Q   And do you recall responding to his
24 questions of whether there was off-color remarks
25 that there was none?

1   A   I don't remember telling anyone that.
2   Q   Did you tell anybody that you had to be
3   photographed for the operation?
4   A   I didn't tell anyone that.  I know I
5   didn't tell anyone that because I was embarrassed
6   about having it taken.  Also, I realized my
7   ramifications for not telling anyone that, I never
8   got a second opinion.  I never had the opportunity
9   to hear someone say, That doesn't sound right.  So
10  regretfully I didn't tell anyone about those
11  photographs.
12  Q   If you thought that taking the
13  photographs were protocol, why were you embarrassed
14  about the photographs?
15  A   It must not have sat right with me.
16  Q   What do you mean?
17  A   I don't know exactly why I didn't tell
18  anyone other than there must have been something
19  that I felt, that it was weird.  I never took part
20  in photographs like that before, so I was definitely
21  uncomfortable having him take them in the first
22  place and I don't think I wanted to discuss it.
23  Q   Okay.  So you were uncomfortable at the
24  time the photographs were being taken?
25  A   Yes.

163

1   A    I have no knowledge.
2   Q    Other than Lounsbury, do you have any
3  knowledge or reason to believe that any other
4  officers were aware that Daigle had taken
5  photographs of you?
6   A    Peter Camp is aware as I told him that
7  evening in December.
8   Q    Do you have any knowledge or reason to
9  believe that Camp knew that those photographs were
10 taken before you telling him?
11  A    I do not know.
12  Q    Other than Lounsbury and Camp, are you
13 aware of -- strike that.  Do you have any reason to
14 believe that any other officers other than Lounsbury
15 and Camp knew that Daigle took photographs, nude
16 photographs of you?
17  A    I do not know.
18  Q    And during the second photo shoot you did
19 not go to the police department at all, correct?
20  A    No, I did not.
21  Q    And during the first shoot you went to
22 the police department before the sting as well as
23 after the sting; is that right?
24  A    Yes.
25  Q    Okay.  And when you went there before the

165

1  with the officers who were involved in that sting,
2  any specific conversations with the officers?
3      A    No.
4      Q    Had you ever told any of the officers
5  that Daigle took nude photographs of you before you
6  told Camp in December 2001?
7      A    No.
8      Q    Do you have any knowledge or reason to
9  believe that Chief Fusaro should have known that
10 Daigle would take nude photographs of you?
11     A    Being that I was told that this was part
12 of protocol, I assumed that it was part of protocol
13 and Chief Fusaro would have known it was such
14 protocol.
15     Q    As you sit here today do you know whether
16 or not there was such a protocol, to take nude
17 photographs of individuals participating in an
18 alcohol sting?
19     A    As it turns out as this unravels that
20 there was no such protocol.
21     Q    And, in fact, there had never been such a
22 protocol, correct?
23     A    Yes.
24     Q    Now, as you sit here today -- strike
25 that.  From that then I think we can take it that if

166

1  Daigle did, in fact, tell you that this was part of
2  protocol, that that was not accurate, correct?
3      A    My involvement with the photographs was
4  solely because I was told it was part of protocol.
5      Q    Okay. Which you now know is not the
6  case?
7      A    Yes.
8      Q    Okay. So since that was not the case,
9  why should Chief Fusaro expect or anticipate that
10 Daigle would take nude photographs of someone?
11     A    If Daigle was supervised properly, I
12 would have never been at the position of risk that I
13 was. It happened to me as involvement with the
14 Norwich Police Department, and the chief is supposed
15 to know what their employees are taking part in and
16 telling people. If they're not upholding the law,
17 there's rumors spreading around the locker room...
18     Q    Okay.
19     A    If there's any reason to suspect or as
20 it's now found out that Daigle's partaking in some
21 sort of situation, it needed to be looked into
22 further before it got to this point.
23     Q    You're not actually contending that the
24 chief should know what every single officer does
25 every single minute of the day, are you?

1  A    Someone needs to be responsible if
2  they're doing their job.
3  Q    You don't know that Daigle was on the job
4  at the time he was taking those photographs; is that
5  correct?
6  A    Yes.
7  Q    So let me get a good understanding of
8  what your position is. Do you contend that the
9  chief should know what officers are doing off duty?
10 A    No.
11 Q    Okay. And, in fact, the chief doesn't
12 have control over what officers do off duty?
13 A    Yes.
14 Q    Now, for on-duty officers, would you
15 agree with me that the chief can't supervise every
16 officer on duty at all times?
17 A    No, he can't see everyone, no.
18 Q    He's going to make sure that they get
19 required training in areas that they need training,
20 right?
21 A    Yes.
22 Q    And he needs to somewhat trust officers
23 in their judgment?
24 A    Yes.
25 Q    Okay. Do you think that the chief knew

168

1  or had reason to know that he would need to train
2  officers not to take nude photographs of people?
3       A    I mean, I've never seen an outline of his
4  position.  I don't know.
5       Q    Wouldn't you actually agree with me that
6  it's a reasonable belief for the chief to believe
7  that his officers aren't going to take nude
8  photographs of people?
9       A    If there's evidence or reason to believe
10 that there's an individual who's more of the
11 unsavory type...  I would like to think that any
12 sort of person in a civil servant position would
13 take the time to look a little deeper to make us
14 feel safe as a community.  And I grew up in Norwich
15 believing that the police officers were the good
16 guys, that they were the people who made the right
17 judgments, the right decisions; and I had no reason
18 other than to believe that Daigle was on duty at the
19 time that these photographs were taken.
20      Q    Well, he wasn't wearing his uniform,
21 right?
22      A    No, he wasn't wearing his uniform.
23      Q    Now, you mentioned there that -- and
24 don't let me put words in your mouth.  From your
25 testimony it sounds as though you're saying that if

170

1  Q    Do you have any reason to believe that
2  the chief knew about those photo shoots at that
3  time?
4  A    At that time?
5  Q    Correct.
6  A    No.
7  Q    Do you have any -- strike that. You had
8  indicated that more supervision should be provided
9  if there's evidence that an officer is unsavory or
10 behaving inappropriately?
11 A    Yes.
12 Q    Do you have any reason to believe as you
13 sit here today that Chief Fusaro knew or should have
14 known that Daigle was behaving inappropriately or in
15 an unsavory fashion prior to these photo shoots?
16 A    You need to talk to my attorneys about
17 that.
18 Q    No. It's your complaint.
19 A    I have been told by my attorneys that
20 activities had taken place with other individuals
21 previous to what had happened to me.
22 Q    What types of activities had taken place
23 previous to the photo shoots with you?
24 A    I believe photographs of someone else had
25 been taken, but that's the extent that I know about

171

1 that.
2   Q    Do you know who the photographs were
3 taken of?
4   A    I do not know.
5   Q    Do you know if the chief knew that
6 photographs were taken of someone before the
7 incidents with you?
8   A    Can you repeat that?
9   Q    Sure. Do you have any reason to believe
10 that Chief Fusaro knew that you or anyone before you
11 had been photographed in the nude by Daigle?
12  A    I do not know.
13  Q    Do you contend that the chief somehow
14 should have known that these photographs were taken
15 of you or any individual before you?
16  A    I do believe he should have known.
17  Q    Based on what?
18  A    Photographs were taken of me by a police
19 officer, or a detective that he was at the time. If
20 there's no supervision or no way to monitor what
21 they're doing, isn't that a really unsafe
22 environment for myself and the whole community?
23  Q    Well, we've already established that the
24 chief isn't responsible for knowing what officers do
25 off duty and that the chief can't watch his officers

172

1  24 hours a day, right?

2    A    Yes.

3    Q    Okay. So since the chief wasn't in your
4  house and he wasn't at Daigle's house when the
5  photographs were taken, do you have any evidence or
6  explanation for why the chief should have known that
7  Daigle would take those photographs?

8    A    No.

9    Q    Okay. You basically think the chief
10  should be responsible because the chief is his boss;
11  is that right?

12    A    I think the chief should be responsible
13  because what had happened to me and with my
14  knowledge -- I apologize. I think the chief should
15  be responsible because what had occurred only
16  occurred because I was under the impression it was
17  part of an officer's job who was under his
18  supervision. I had no one to consult with at that
19  point.

20    Q    Sure you could. If you felt
21  uncomfortable, you could have called up another
22  officer. You could have called Camp, right?

23    A    Again, I'll just repeat the trust that I
24  had in Daigle as a friend and an officer.

25    Q    The trust you had in Daigle as a friend,

174

1  before Daigle took the photographs of you, did you
2  think it was reasonable of the chief to believe that
3  he didn't need to tell people that they can't take
4  nude photographs of people?
5       A    At that time I only knew what I was being
6  told by Daigle.
7       Q    It's just a yes or no question.
8       A    I mean, it happened, so I'm going to say
9  yes, there is a reason that he needs to tell people
10 this.
11      Q    I'm talking about before the incident
12 with you.  Do you have any reason to believe that
13 the chief should have trained people, per se, or
14 told people specifically that you can't take nude
15 photographs of people?  I mean, don't you think it's
16 reasonable to assume police officers are going to
17 know they can't take nude photographs of people?
18      A    Absolutely.
19      Q    All right.  Attorney Daigle had also
20 asked you some questions regarding your
21 conversation, your phone conversation with Deputy
22 Chief Mocek in December 2001.
23      A    Yes.
24      Q    And there are some things that you said
25 you don't recall.  And I want to ask you whether or

177

1  had occurred between Daigle and I.  When the second
2  person came forward, Theresa, the buildup of stress
3  and debating what I should do at that point, it
4  overflowed.  And it probably would have overflowed
5  at one point or another.  But for me, the climax had
6  been when Theresa came into the paper.  I just
7  couldn't take it anymore.
8      Q    When did you find out about Theresa?
9      A    On January 4th.
10     Q    Do you have reason to believe that any
11 other officers in the Norwich Police Department have
12 taken nude photographs of people, of civilians?
13     A    Daigle had told me it was part of
14 protocol, so I thought other civilians had been
15 photographed in the same fashion I was.
16     Q    As you sit here today, are you aware of
17 any other individuals being photographed in the nude
18 by other officers?
19     A    No.
20     Q    Correct me if I'm wrong, I think just a
21 little while ago you testified something about
22 behaving in an unsavory fashion that other
23 individuals should be aware of.
24     A    Yes.
25     Q    What are you talking about with respect