UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | |

### AFFIDAVIT OF WARREN L. MOCEK

I, Warren L. Mocek, being duly sworn, depose and say that:

1. I am over eighteen years of age;

2. I believe in the obligations of an oath;

3. I am currently the Deputy Chief of Police for the Norwich Police Department and have held this position since December 30, 1999.

4. On December 3, 2001, Kristen Ejchorszt, came into the police station with her father at about 3:00 p.m. and made a complaint against Lt. James Daigle to me and Chief Louis J. Fusaro.

5. On the same date, I took a statement from Ms. Ejchorszt under oath. Ms. Ejchorszt complained that Lt. Daigle had photographed her without a shirt and bra during her participation in an underage liquor sting operation.

6. Chief Fusaro immediately assigned me to perform an internal affairs investigation into the matter.

7.  The following day, on December 4, 2001, I began to investigate the matter, by obtaining background information as to who was on shift that night and who may have participated in the operation, as well as any other officers or witnesses that may have been present and reviewing reports of the operation and overtime slips, and formulating a plan for my investigation. I also interviewed Detective Al Costa, who I learned participated in the operation.

8.  Over the next two days, I continued my investigation, including calling Detectives Rankowitz and Smith back from a seminar they were attending in Rhode Island in order to interview them, contacting labor counsel, and planning future strategy.

9.  On December 7, 2001, Daigle was put on administrative leave pending my investigation into the allegations.

10. Through my investigation, I learned that Ms. Wilson had been involved in another liquor sting operation on September 15, 2000. I contacted Ms. Wilson on December 11, 2001, by telephone at a college in Pennsylvania, having received her phone number from her mother. I interviewed her. Ms. Wilson advised she knew about the investigation. She told me that she knew Officer Camp and met Daigle through him. She described Daigle as an "acquaintance type" friend. She denied anything unusual happening and did not report the photographs to me. She also told

me that she had a good time and would do it again if given the opportunity. She said that if something was not right, she would have spoken right up.

11. On January 4, 2002, I was called to the police station at approximately 10:00 p.m., being advised that a woman and her daughter were there to make a report related to the Daigle investigation. It was at that time that Ms. Wilson gave a statement to me, stating that Daigle had taken nude photographs of her. Prior to this date, Ms. Wilson did not inform anyone at the police department about Daigle's actions.

12. I continued to investigate the matter until its conclusion and the preparation of my report which took approximately six months. This matter was fully investigated, and based upon my investigation, Lt. Daigle was demoted and discharged from the Department.

13. In my opinion, Daigle's photography of Ms. Wilson violated not only Department policy, but public policy and common sense as well.

14. As part of my investigation, I reviewed Lt. Daigle's personnel file. In addition to other training, on at least the dates of May 27, 1993 and June 1, 1999 Lt. Daigle received sexual harassment training. Training for the underage drinking operations were provided by the State Liquor Commission on January 24, 2001 and April 20, 2001. He also received prisoner transport training on at least April 29, 1999 and September 26, 2001.

15. The sole policy making authority for the Norwich Police Department is the Chief of Police.

Dated at Norwich, Connecticut, this _____ day of April, 2005.

_____
Warren L. Mocek

STATE OF CONNECTICUT        )
                            ) ss:  Norwich
COUNTY OF NEW LONDON        )

Subscribed and sworn to before me this _____ day of April, 2005.

_____
Commissioner of Superior Court
Notary Public
My commission expires: