UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | |
| | : | |
| VS. | : | NO. 3:02CV1026(CFD) |
| | : | |
| CITY OF NORWICH, LOUIS T. | : | |
| FUSARO and JAMES F. DAIGLE, JR. | : | MAY 16, 2005 |

**MOTION FOR EXTENSION OF TIME**

The plaintiff respectfully requests an extension of time until June 20, 2005, to respond to the Motion for Summary Judgment of defendants City of Norwich and Fusaro. In support of this motion, the plaintiff represents as follows:

1. Counsel for said defendants consents to this motion.

2. There have been no prior requests for any extension for this purpose.

3. The issues raised by the pending motion are highly complex and require additional time by the undersigned to respond appropriately.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to

Attorney Linda L. Mariani
Stephen E. Reck, Esq.
Mariani & Reck
P. O. Box 1630
New London, CT 06320-1630

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James M. Sconzo, Esq.
Halloran & Sage, LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103-4303

_____
JOHN R. WILLIAMS