UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | |
| | : | |
| VS. | : | NO. 3:02CV1026(CFD) |
| | : | |
| CITY OF NORWICH, LOUIS T. | : | |
| FUSARO and JAMES F. DAIGLE, JR. | : | JUNE 13, 2005 |

### MOTION FOR FURTHER EXTENSION OF TIME

The plaintiff respectfully requests a further extension of time until twenty (20) days after the defendant City of Norwich complies with the plaintiff's production requests which are the subject of her pending Motion to Compel, within which to respond to the Motion for Summary Judgment of defendants City of Norwich and Fusaro. In support of this motion, the plaintiff represents as follows:

1. Counsel for said defendants consents to this motion.

2. There has been one prior request for an extension of time to respond to the motion for summary judgment, and that extension expires on June 20, 2005.

3. In their motion for summary judgment, the defendants assert that they had no reason to suspect that defendant Daigle had any propensity to engage in

1

the unlawful actions which are the subject of this litigation.  However, the defendant City of Norwich to date has refused to produce Daigle's personnel records which would either support or refute that claim.  There is pending before this court a motion to compel such production.

    4.  Counsel for the defendants City of Norwich and Fusaro has advised the undersigned that a court order for production of such documents is required in order to avoid any claim by defendant Daigle against those defendants for such disclosure.

    THE PLAINTIFF

BY_____
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street, Suite 409
    New Haven, CT 06510
    (203) 562-9931
    FAX:  (203) 776-9494
    E-Mail: jrw@johnrwilliams.com
    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to

Attorney Linda L. Mariani
Stephen E. Reck, Esq.
Mariani & Reck
P. O. Box 1630
New London, CT 06320-1630

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

James M. Sconzo, Esq.
Halloran & Sage, LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103-4303

_____
JOHN R. WILLIAMS