Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON | :  NO.: 3:02CV1026 (CFD) |
| v. | : |
| CITY OF NORWICH, ET AL | :  OCTOBER 8, 2004 |

**STIPULATED MOTION FOR PROTECTIVE ORDER**

    The plaintiff and defendants, City of Norwich and Louis T. Fusaro, in the above entitled action do hereby stipulate, pursuant to Rule 29 of Federal Rules of Civil Procedure, to an Order governing the conduct of discovery in this matter, and represents the following in support thereof:

    1.    The plaintiff has demanded the production of numerous, highly sensitive-confidential documents, including, but not limited to, personnel files of individual police officers, an entire history of civilian complaints, in addition to internal affairs investigation documents. (<u>See</u> Plaintiff's Discovery Requests, attached hereto as **Exhibit A**).

    2.    The defendants do not waive their previous objections to the disclosure of certain materials that would be categorized within the above list, but seeks this order protecting the disclosure of whatever information and documentation may be

ORAL ARGUMENT IS NOT REQUESTED

made during the entire course of discovery.

3. Specifically, the defendants request that an Order governing the conduct of discovery, as follows:

(a) Documents and information exchanged in discovery between the parties shall be limited to the parties, counsel of record, and their respective employees designated to assist counsel in this litigation;

(b) Defendants may redact social security numbers, set forth in any documents produced, and information privileged by statute, as well as the address and phone number of any police force personnel;

(c) Within sixty days after the completion of this litigation, the plaintiff shall destroy all documents (and copies thereof) received in discovery. Thereafter, counsel for the plaintiff shall promptly serve on Defendant an "affidavit of destruction," attesting that he and his client have complied with this provision in the entry; and

(d) Documents and information exchanged shall be used only for purposes of the instant litigation. Any improper use of, or other violation of the foregoing discovery parameters may be punished by an appropriate sanction.

WHEREFORE, the parties request that the court enter an order of protection in accordance with the above conditions based on the sensitivity and confidential nature of the discovery in this matter.

                    DEFENDANTS,
                    CITY OF NORWICH
                    AND LOUIS T. FUSARO

By _____
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: bjordan@hl-law.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 8th day of October, 2004.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Beatrice S. Jordan