Case 3:02-cv-01026-CFD   Document 85-6   Filed 07/06/2005   Page 1 of 4

Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON | : NO.: 3:02CV1026 (CFD) |
| v. | : |
| CITY OF NORWICH, ET AL | : JUNE 15, 2005 |

## DEFENDANTS, CITY OF NORWICH AND LOUIS T. FUSARO'S, SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION REQUESTS DATED AUGUST 10, 2004

Pursuant to Fed. R. Civ. P. 33 and 34, the defendants, **City of Norwich and Louis T. Fusaro**, hereby supplement their responses to plaintiff's interrogatories and production requests dated August 10, 2004 as follows:

### INTERROGATORIES

14. Describe in detail all training provided to each of the individual defendants during the course of such defendant's employment by the City of Norwich.

**ANSWER:** **Objection pending**.

> Without waiving said objection, the defendants supplement their response as follows: In addition to other training, Lt. Daigle received sexual harassment training on at least the dates of May 27, 1993 and June 1, 1999. Training for the underage drinking operations was provided by the State Liquor Commission on January 24, 2001 and April 20, 2001. He also received prisoner transport training on at least April 29, 1999 and September 26, 2001.

## REQUESTS FOR PRODUCTION

8. The complete personnel, disciplinary and training files of each of the individual defendants.

**ANSWER:** **Objection pending.**

Without waiving said objection, the defendants provide as follows: The defendants attach documentation confirming Lt. Daigle's sexual harassment training on at least the dates of May 27, 1993 and June 1, 1999; training for the underage drinking operations which was provided by the State Liquor Commission on January 24, 2001 and April 20, 2001; and prisoner transport training on at least April 29, 1999 and September 26, 2001.

DEFENDANTS,
CITY OF NORWICH and LOUIS T. FUSARO

By *Beatrice Jordan*
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: bjordan@hl-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 15th day of June, 2005.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Eric P. Daigle, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Beatrice S. Jordan