Exhibit H



RECEIVED
JAN 20 2005
BY: BSJ

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELANIE WILSON,                    :        NO.:  3:02CV1026 (CFD)

v.                                 :

                                   :

CITY OF NORWICH, et al.            :        January 18, 2005

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF**

The Plaintiff in the above-captioned matter provides the following supplemental answers to the Defendant City of Norwich First Set of Interrogatories:

33.  State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, knew or should have known that the defendant, Daigle, would violate your right to privacy and equal protection under the law as alleged in your Complaint.

ANSWER:

1.  Transcript of interview with James Daigle
2.  Personnel file of James Daigle
3.  Transcript of interview of Mark Rankowitz
4.  Statement of Mark Rankowitz
5.  Statement Under Oath of Christopher Ladd
6.  Written Statement of Christopher Ladd
7.  Claims of Theresa Earl

8.    Claims of Kristen Ejchorszt

9.    Deposition testimony of Albert L. Costa, Jr.

10.    Statement of Albert L. Costa, Jr.

11.    Interview and statement of Joseph Dolan

12.    Interview and statement of Detective Scott Smith

13.    Transcribed testimony of Officer Buddington

14.    Statement and testimony of Officer Deveny

15.    Statement Under Oath of James Sullivan

16.    Transcript of testimony of James Sullivan

17.    Statement Under Oath of Stephen Lambatini

18.    Statement Under Oath of Micheal Buddington and testimony at Confidential Investigation

19.    Testimony of Kristen Vonase

20.    Statement Under Oath of James Deveny

21.    Statement Under Oath of Mark Chenette

22.    Transcribed testimony and testimony of Mike Blanchette

23.    Transcribed testimony of Sargent Larson

24.    Complaint by Kristen Vonase against Deputy Chief Burns

25.    Transcript of testimony of Kevin Leach

26.    Written Statement of Kevin Leach

27.    Transcript of interview of Lt. Franklin Ward

28.    Transcript and testimony of Officer Arostas Provatas

29.    Transcript and testimony of William L. Nash

30.   Statement of William Nash

31.   Testimony of William Nash

32.   Statement of Lt. Pederson

33.   Notes of Deputy Chief Mocek

34.   Transcript of interview of Mark Loursbury

35.   Testimony of Mark Loursbury

36.   Sworn statement of Mark Loursbury

37.   Transcript of testimony and statement of Peter Camp

38.   Testimony of Karen Valcourt Lewis and Kristen Vanase

39.   Memo from Mocek to Fasaro

40.   Memo from Lt. Ward to Mocek

41.   Testimony of Lt. Ward

42.   Memo to Fasaro to all personnel.

43.   Memo from Mocek to Shift Commander

44.   Testimony of Joseph Russo

45.   Statement of Mark Chenette

46.   Statement and testimony of Melanie Wilson

47.   Press Release

48.   Correspondence to Daigle re: separation, 06/11/02

49.   Correspondence to Daigle dated 01/22/02.

50.   Incident report dated 9/15/00

51.   Overtime slips for 9/15/00

52.   Time sheets for W/E, 9/16/00

53.    Internal Investigation Memo from Mocek to Fasaro re: Theresa Earl

54.    Incident Report for 8/9/01

55.    Statement Under Oath of Theresa Earl

56.    Statement of Adam Sorensen

57.    Statement of Shannon Gathfield

58.    Statement of Tiffany Hrobe

59.    Testimony and Statement of Mark Chenette

60.    Memo re: Internal Investigation of Kristen Ejchorszt from Mocek to Fasaro

61.    Norwich Police Dept. cameras

62.    Statement and testimony of R. Jones

63.    Statement and testimony of Sergeant Valcourt

64.    Nextel records from Lounsbury, Daigle and Camp

65.    Testimony and statement of William Molis

66.    Statement of Franklin Ward

67.    Memo dated 12/5/01

68.    Statement of Stephanie Bakoulis

69.    Suspension letters

70.    List of Liquor Establishments

71.    Locker Room inventory of Lt. Daigle

72.    Testimony and statement of Angela Duhaine

73.    Testimony and statement of David Casagrande

74.    Daily Roster

75.    Exhibits from internal investigation

34.    State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, violated your rights guaranteed by Conn. Gen. Stat. §46a-58 as alleged in your Complaint.

SUPP. ANSWER:  See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

35.    State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, made and implemented a policy requiring the taking of nude and/or semi-nude photographs of underage alcohol undercover purchasing volunteers and/or of minors participating in Child Pornography investigations as alleged in your Complaint.

SUPP. ANSWER:  See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

36.    State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, were aware or should have been aware that the defendant, Daigle, implemented a policy requiring the taking of nude and/or semi-nude photographs of underage alcohol undercover purchasing volunteers and/or minors participating in child pornography investigations as alleged in your Complaint.

5

SUPP. ANSWER:  See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.


37.    State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, violated your rights guaranteed by the substantive due process clause of the 14th Amendment as alleged in your Complaint.

SUPP. ANSWER:  See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.


Dated this 4th day of January, 2005.

PLAINTIFF,
MELANIE WILSON

By _____
Stephen E. Reck, Esq.
**MARIANI & RECK, LLC**
Her Attorneys

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel record on January 18, 2005:

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

6

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103-4303

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510


Stephen E. Reck