UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION |
| | | NO. 3:02CV1026 (CFD) |
| V. | : | |
| CITY OF NORWICH, LOUIS T. FUSARO and JAMES F. DAIGLE, JR. | : | SEPTEMBER 12, 2005 |

## APPEARANCE

Clerk:

    Please enter my Appearance as counsel for the defendant James F. Daigle, Jr. in the above-captioned case.

    Dated at Hartford, Connecticut on this 12th day of September 2005.

                                            DEFENDANT,
                                            JAMES F. DAIGLE, JR.

                                            By    /S/   
                                                  Christine P. Plourde
                                                  HALLORAN & SAGE LLP
                                                  Fed. Bar #ct26643
                                                  One Goodwin Square
                                                  225 Asylum Street
                                                  Hartford, CT 06103
                                                  (860) 522-6103
                                                  cplourde@halloran-sage.com

One Goodwin Square            12298.0022            Phone (860) 522-6103
225 Asylum Street             HALLORAN & SAGE LLP            Fax (860) 548-0006
Hartford, CT 06103                       Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 12th day of September 2005, I hereby mailed a copy of the foregoing Objection to:

Peter Catania, Esq.
Linda L. Mariani, Esq.
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris, Esq.
Gordon, Chinigo, Leone,
Maruzo, Basilica, LLP
141 Broadway
Norwich, CT 06360

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

                                                      /S/
                                                 Christine P. Plourde

730932v.1



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105