UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON,<br>    Plaintiff<br><br>VS.<br><br>CITY OF NORWICH, ET AL.<br>    Defendants | :    CIVIL ACTION NO.<br>:    3:02-CV-1026 (CFD)<br>:<br>:<br>:<br>:<br>:    SEPTEMBER 16, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), attorney James M. Sconzo respectfully moves to withdraw his appearance on behalf of the defendant James F. Daigle, Jr., in the above-captioned matter as the undersigned is no longer engaged in the practice of law with the law firm of Halloran & Sage, LLP. Mr. Daigle will continue to be represented by Eric P. Daigle and Christine P. Plourde of Halloran & Sage LLP, whose appearances are already in the Court's file.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

DEFENDANT:
JAMES F. DAIGLE, JR.

BY: _____
James M. Sconzo (ct 04571)
JORDEN BURT LLP
406 Farmington Ave., Suite 2006
Farmington, Connecticut 06032
Tel: (860) 676-7715
Fax: (860) 676-7732

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent via first class mail, postage prepaid, this 16th day of September, 2005, to the following:

Barbara L. Cox
The Gallagher Law Firm
1377 Boulevard, PO Box 1925
New Haven, CT 06509-1925

Eric P. Daigle, Esq.
Christine P. Plourde, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Beatrice S. Jordan
Melinda A. Powell
Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

BY: _____
      James M. Sconzo