## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON,<br>  Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 3:02CV1026(CFD)<br>: |
| CITY OF NORWICH, LOUIS T.<br>FUSARO and JAMES F. DAIGLE, JR.<br>  Defendants. | :<br>:<br>: |

### REFERRAL TO MAGISTRATE JUDGE

 This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motions which are currently pending: **[81] Motion to Compel (with [82] Brief in Support of Motion to Compel);** and **[83] Motion for Further Extension of Time** (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

 **SO ORDERED** this  16th  day of November, 2005, at Hartford, Connecticut.

               /s/ CFD
               **CHRISTOPHER F. DRONEY**
               **UNITED STATES DISTRICT JUDGE**