UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**MELANIE WILSON,**
      **- Plaintiff**

      **v.**                      **CIVIL NO. 3:02CV1026 (CFD)**

**CITY OF NORWICH, ET AL,**
      **- Defendant**

### RULING ON PLAINTIFF'S MOTION TO COMPEL

The plaintiff's motion to compel [**Dkt. # 81**] is **DENIED**. Plaintiff has failed to comply with Local Rule 37(a)(2). Specifically, plaintiff's counsel has failed to file an affidavit certifying that he "has conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and has been unable to reach such an agreement. D. Conn. L. Civ. R. 37(a)(2). It appears, in fact, that plaintiff's counsel did not contact opposing counsel to address his dissatisfaction with the responses given to certain requests for production as required by Local Rule 37.

The communication between counsel required by Local Rule 37 ensures that only those discovery issues that are genuinely in dispute are submitted to the court. The failure of plaintiff's

counsel to comply with the rule has placed before the court some issues that appear moot[1] and others which could be resolved by good faith discussions between the attorneys.

Any further discovery disputes should conform fully with Local Rule 37 as well as any other applicable federal or local rules.

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 5th day of December, 2005.**

　　　　　　　　　　　　　　　　　　**/s/ Thomas P. Smith**
　　　　　　　　　　　　　　　　　　**Thomas P. Smith**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

---

[1] For example, with respect to production request 13, defendant's counsel represents that all the documents requested have been produced.