UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON | : |
| | : |
| VS. | :   NO. 3:02CV1026(CFD) |
| | : |
| CITY OF NORWICH, LOUIS T. | : |
| FUSARO and JAMES F. DAIGLE, JR. | :   JANUARY 12, 2006 |

## **MOTION TO COMPEL**

The plaintiff respectfully moves to compel the defendant City of Norwich to produce the following materials, which the defendant was requested to produce but to date has refused to produce:

    8. The complete personnel, disciplinary and training files of each of the individual defendants.

    12. Any and all police records concerning internal disciplinary procedures, regardless of the outcome, to which either of the individual defendants has been subjected while employed as a police officer.

    13. Any and all records, reports, letters, memoranda, exhibits, photographs, etc., concerning any internal investigation by the Police Department of the subject matter of this lawsuit.

In support of this motion, the plaintiff represents that:

1. Her undersigned attorney has spoken with counsel for the defendant City of Norwich, who advises that the said defendant will not voluntarily produce said records without a court order, because of concerns about the alleged confidentiality "rights" of

1

the defendant Daigle, who is the subject of said records.

    2. Despite this fact, this court has ruled (per Smith, J.) that the plaintiff has not made sufficient efforts to amicably resolve this intractable discovery dispute. Accordingly, the undersigned has exchanged electronic correspondence with defense counsel, who have made it clear that nothing short of a court order will persuade them to disgorge the requested evidence. (See Exhibit 1, attached hereto.)

    3. The defendants City of Norwich and Fusaro have filed a motion for summary judgment which specifically makes reference to allegations that they had no reason, prior to defendant Daigle's tortious actions against the plaintiff, to suspect that Daigle had a propensity for such misconduct.

    4. The evidence sought is crucial to that issue.

THE PLAINTIFF


BY_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

## CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to

Attorney Linda L. Mariani
Stephen E. Reck, Esq.
Mariani & Reck
P. O. Box 1630
New London, CT 06320-1630

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Eric P. Daigle, Esq.
Halloran & Sage, LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103-4303

_____
JOHN R. WILLIAMS