# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON, | : |
|            Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02CV1026 (CFD) |
| | : |
| CITY OF NORWICH, LOUIS T. | : |
| FUSARO, and JAMES F. DAIGLE, JR., | : |
|            Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

__X__  A ruling on the following motion which is currently pending: **[92] Motion to Compel** (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_  Other: (orefmisc./misc) _____

**SO ORDERED** this  27th  day of January, 2006, at Hartford, Connecticut.

                                          /s/ CFD
                                        **CHRISTOPHER F. DRONEY**
                                        **UNITED STATES DISTRICT JUDGE**