UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION |
| | | NO. 3:02CV1026 (CFD) |
| V. | : | |
| CITY OF NORWICH, LOUIS T. FUSARO and JAMES F. DAIGLE, JR. | : | JANUARY 27, 2006 |

## **PROTECTIVE ORDER**

PURSUANT TO RULE 26(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE, the plaintiff and the undersigned defendant, including their respective counsel (the "parties"), hereby stipulate that the procedures set forth below shall govern the deposition of the defendant James F. Daigle, Jr., currently scheduled for Monday, February 13, 2006, to include any continuance or rescheduling of same in the present action.

   1.   Pursuant to this Stipulation, all parties present at the deposition of James F. Daigle, Jr. would be precluded from questioning James F. Daigle, Jr. regarding the factual allegations from the two separate actions that were also commenced against James F. Daigle, Jr. regarding allegations of taking nude photographs of named plaintiffs. This protective order would preclude the following:

   a.   Questions regarding factual allegations, participation, involvement, responses and conduct of James F. Daigle, Jr., as it applies to allegations set forth in civil actions entitled (1) *Earl v. City of*

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

*Norwich, et. al.*, Case No. 3:03CV1323 and (2) *Ejchorszt v. James F. Daigle, Jr., et. al.*, Case No. 3:02CV1350.

b. This protective order will act to preclude the parties in the above-captioned matter from asking any questions regarding these above identified pending cases, including anything about the defendant's interaction with Theresa Earl and Kristen Ejchorszt.

THE DEFENDANT:
JAMES F. DAIGLE, JR.

By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
DAIGLE@HALLORAN-SAGE.COM

THE PLAINTIFF:
MELANIE WILSON

By_____
John R. Williams
Fed. Bar #ct00215
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnwilliams.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105