## Daigle, Eric P.

**From:** John R. Williams [jrw@johnrwilliams.com]
**Sent:** Monday, January 16, 2006 2:55 PM
**To:** Daigle, Eric P.
**Subject:** Re: Deposition of James Daigle

I will not agree to that. His other similar acts are certainly discoverable under the federal rules.

----- Original Message -----
**From:** Daigle, Eric P.
**To:** jrw@johnrwilliams.com
**Sent:** Monday, January 16, 2006 2:31 PM
**Subject:** Deposition of James Daigle

John,

I have received your notice of deposition for James Daigle on Monday February 13, 2006. Regarding that deposition, I am writing to propose that we enter into a protective order regarding a very specific portion of the deposition. As you are aware there are a total of three actions pending against James Daigle for similar allegations. These actions have not been consolidated in any manner and have operated independently throughout litigation of each case. I am requesting that you stipulate to a protective order precluding you or anyone else from questioning James Daigle about the factual allegation, or interactions with the plaintiffs in the two other cases. As you know you have the right to question Daigle extensively regarding your own matter and many other topic areas.

Only one other deposition of James Daigle has occurred in the case brought by Theresa Earl. Attorney Koric did agree and stipulated to these requests in conducting that deposition. I have attached a draft protective order for your review and comment. Please advise on your position as soon as possible. If you will not stipulate then I will file a motion with the court and to ensure no further time delay I would like to do this in a timely manner.

I thank you for your consideration and if you would like to discuss this further please contact me.

Eric

<<Deposition Protective Order.DOC>>


RESPONSES TO:

Eric P. Daigle, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103-4303
Telephone: 860-241-4098
Fax: 860-548-0006
mailto:daigle@halloran-sage.com
www.halloran-sage.com

1/27/2006