UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON | : CIVIL ACTION |
| | : NO. 3:02CV1026 (CFD) |
| V. | : |
| | : |
| CITY OF NORWICH, | : |
| LOUIS T. FUSARO and | : |
| JAMES F. DAIGLE, JR. | : JANUARY 31, 2006 |

**MOTION FOR EXPEDITED HEARING ON**
**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rules 7 and 37, the defendant, James F. Daigle, Jr., hereby moves for an expedited hearing on the defendant's Motion for Protective Order regarding the deposition of Mr. Daigle scheduled for February 13, 2006. The Motion for Protective Order has been filed contemporaneously herewith. The deposition notice was issued on January 9, 2006 by plaintiff's counsel and is directed to the defendant, James F. Daigle, Jr.

The defendant, James F. Daigle, Jr., has requested a protective order preventing all parties from questioning him regarding his factual interaction with Kristen Ejchorszt and Theresa Earl, who are plaintiffs in subsequent civil actions against him. These cases are not consolidated and discovery has been conducted independently within each action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The defendant, James F. Daigle, Jr., objects to any line of questioning that may occur at the deposition in connection with the above-listed separate actions, more fully briefed in the Motion for Protective Order.

Additionally, the defendant also requests that if the Court cannot rule on the Motion for Protective Order prior to February 13, 2006, that the Court enter an interim order requiring the plaintiff and James F. Daigle, Jr., along with the Town of Norwich co-defendants, to defer the deposition until after the Court rules on the motion.

Wherefore, the defendant, James F. Daigle, has set forth in his Motion for Protective Order that the plaintiff should be precluded from questioning the undersigned defendant in the matters of <u>Earl v. City of Norwich, et al</u> and <u>Ejchorszt v. Daigle, et al</u>. The defendant further requests that if the Court cannot rule on the Motion for Protective Order before the deposition scheduled for February 13, 2006, that the entry of the interim relief is appropriate and reasonable.

THE DEFENDANT
JAMES F. DAIGLE, JR.

By: _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 31st day of January, 2006, I hereby mailed a copy of the foregoing Motion to:

Peter Catania, Esquire
Attorney Linda L. Mariani
Mariani & Reck, LLC
83 Broad Street
New London, CT 06320

Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Charles K. Norris, Esquire
Gordon, Chinigo, Leone,
 Maruzo, Basilica, LLP
141 Broadway
Norwich, CT 06360

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

_____
Eric P. Daigle

785901_1.DOC

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105