
RECEIVED
JAN 20 2005
BY: BSJ

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON, | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, et al. | : | January 18, 2005 |

### PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFF

The Plaintiff in the above-captioned matter provides the following supplemental answers to the Defendant City of Norwich First Set of Interrogatories:

33. State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, knew or should have known that the defendant, Daigle, would violate your right to privacy and equal protection under the law as alleged in your Complaint.

ANSWER:

1. Transcript of interview with James Daigle
2. Personnel file of James Daigle
3. Transcript of interview of Mark Rankowitz
4. Statement of Mark Rankowitz
5. Statement Under Oath of Christopher Ladd
6. Written Statement of Christopher Ladd
7. Claims of Theresa Earl

8. Claims of Kristen Ejchorszt
9. Deposition testimony of Albert L. Costa, Jr.
10. Statement of Albert L. Costa, Jr.
11. Interview and statement of Joseph Dolan
12. Interview and statement of Detective Scott Smith
13. Transcribed testimony of Officer Buddington
14. Statement and testimony of Officer Deveny
15. Statement Under Oath of James Sullivan
16. Transcript of testimony of James Sullivan
17. Statement Under Oath of Stephen Lambatini
18. Statement Under Oath of Micheal Buddington and testimony at Confidential Investigation
19. Testimony of Kristen Vonase
20. Statement Under Oath of James Deveny
21. Statement Under Oath of Mark Chenette
22. Transcribed testimony and testimony of Mike Blanchette
23. Transcribed testimony of Sargent Larson
24. Complaint by Kristen Vonase against Deputy Chief Burns
25. Transcript of testimony of Kevin Leach
26. Written Statement of Kevin Leach
27. Transcript of interview of Lt. Franklin Ward
28. Transcript and testimony of Officer Arostas Provatas
29. Transcript and testimony of William L. Nash

30. Statement of William Nash
31. Testimony of William Nash
32. Statement of Lt. Pederson
33. Notes of Deputy Chief Mocek
34. Transcript of interview of Mark Loursbury
35. Testimony of Mark Loursbury
36. Sworn statement of Mark Loursbury
37. Transcript of testimony and statement of Peter Camp
38. Testimony of Karen Valcourt Lewis and Kristen Vanase
39. Memo from Mocek to Fasaro
40. Memo from Lt. Ward to Mocek
41. Testimony of Lt. Ward
42. Memo to Fasaro to all personnel.
43. Memo from Mocek to Shift Commander
44. Testimony of Joseph Russo
45. Statement of Mark Chenette
46. Statement and testimony of Melanie Wilson
47. Press Release
48. Correspondence to Daigle re: separation, 06/11/02
49. Correspondence to Daigle dated 01/22/02.
50. Incident report dated 9/15/00
51. Overtime slips for 9/15/00
52. Time sheets for W/E, 9/16/00

53. Internal Investigation Memo from Mocek to Fasaro re: Theresa Earl
54. Incident Report for 8/9/01
55. Statement Under Oath of Theresa Earl
56. Statement of Adam Sorensen
57. Statement of Shannon Gathfield
58. Statement of Tiffany Hrobe
59. Testimony and Statement of Mark Chenette
60. Memo re: Internal Investigation of Kristen Ejchorszt from Mocek to Fasaro
61. Norwich Police Dept. cameras
62. Statement and testimony of R. Jones
63. Statement and testimony of Sergeant Valcourt
64. Nextel records from Lounsbury, Daigle and Camp
65. Testimony and statement of William Molis
66. Statement of Franklin Ward
67. Memo dated 12/5/01
68. Statement of Stephanie Bakoulis
69. Suspension letters
70. List of Liquor Establishments
71. Locker Room inventory of Lt. Daigle
72. Testimony and statement of Angela Duhaine
73. Testimony and statement of David Casagrande
74. Daily Roster
75. Exhibits from internal investigation

34. State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, violated your rights guaranteed by Conn. Gen. Stat. §46a-58 as alleged in your Complaint.

SUPP. ANSWER: See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

35. State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, made and implemented a policy requiring the taking of nude and/or semi-nude photographs of underage alcohol undercover purchasing volunteers and/or of minors participating in Child Pornography investigations as alleged in your Complaint.

SUPP. ANSWER: See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

36. State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, were aware or should have been aware that the defendant, Daigle, implemented a policy requiring the taking of nude and/or semi-nude photographs of underage alcohol undercover purchasing volunteers and/or minors participating in child pornography investigations as alleged in your Complaint.

SUPP. ANSWER: See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

37. State all evidence upon which you base your contention that the defendants, City of Norwich and Louis T. Fusaro, violated your rights guaranteed by the substantive due process clause of the 14th Amendment as alleged in your Complaint.

SUPP. ANSWER: See Supplemental Answer to Interrogatory number 33 which is incorporated herein by reference as though fully set forth at this point.

Dated this 4th day of January, 2005.

                    PLAINTIFF,
                    MELANIE WILSON

By _____
    Stephen E. Reck, Esq.
    **MARIANI & RECK, LLC**
    Her Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel record on January 18, 2005:

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

6

Eric P. Daigle, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, CT 06103-4303

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

                                                                                                                _____

                                                                                                                Stephen E. Reck