# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON, | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02CV1026(CFD) |
| | : |
| CITY OF NORWICH, LOUIS T. FUSARO and JAMES F. DAIGLE, JR. | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motions which are currently pending: **[94] Motion for Protective Order; and [95] Motion for Expedited Hearing on Defendant's Motion for Protective Order** (orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

**SO ORDERED** this __7th__ day of February, 2006, at Hartford, Connecticut.

                                                                     /s/ CFD
                                                     **CHRISTOPHER F. DRONEY**
                                                     **UNITED STATES DISTRICT JUDGE**