UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | SEPTEMBER 26, 2006 |

### DEFENDANTS CITY OF NORWICH AND LOUIS T. FUSARO'S MOTION TO RENEW MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Order on Motion for Summary Judgment [Doc. 104], the defendants, City of Norwich and Louis T. Fusaro, hereby move to renew their Motion for Summary Judgment [Doc. 76] in this matter. In support of this motion, the defendants represent as follows:

1. On April 28, 2005, the defendants, City of Norwich and Louis T. Fusaro, timely filed a Motion for Summary Judgment [Doc. 76] as to all claims against them, namely Counts Fifteen through Thirty-Four and Count Thirty-Seven of the plaintiff's Amended Complaint dated September 8, 2003. In support of said motion, the defendants simultaneously filed their Rule 56(a)1 Statement [Doc. 77], and their Memorandum of Law in Support of the Motion for Summary Judgment [Doc. 78] with attached exhibits.

ORAL ARGUMENT IS NOT REQUESTED

2.  Thereafter, the plaintiff filed an extension of time [Doc. 83] within which to respond to the summary judgment motion pending resolution of the parties' discovery disputes. Various motions to compel and motions for protective order ensued.

3.  On September 21, 2006, the defendants fully complied with all remaining discovery disputes in this matter in accordance with resolution of said disputes with Attorney John Williams, counsel for the plaintiff.

4.  In its Order on Motion for Summary Judgment [Doc. 104], the Court denied the defendants' Motion for Summary Judgment without prejudice until such point as the parties' discovery disputes are resolved. The Court's order further indicated that the defendants may renew their summary judgment motion by way of filing notice to the Court to that effect.

WHEREFORE, the defendants, City of Norwich and Louis T. Fusaro, respectfully request that the Court enter an order renewing their Motion for Summary Judgment as to Counts Fifteen through Thirty-Four and Count Thirty-Seven of the plaintiff's Amended Complaint dated September 8, 2003 [Doc. 76], Rule 56(a)1 Statement [Doc. 77] and Memorandum of Law in Support of Motion for Summary Judgment with appended exhibits [Doc. 78], pursuant to the Court's directive in it's Order on Motion for Summary Judgment.

        DEFENDANTS,
        CITY OF NORWICH
        AND LOUIS T. FUSARO


By   /s/ Beatrice S. Jordan
     Beatrice S. Jordan
     ct22001
     Howd & Ludorf, LLC
     65 Wethersfield Avenue
     Hartford, CT  06114
     (860) 249-1361
     (860) 249-7665 (Fax)
     E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that on September 26, 2006, a copy of the foregoing **Motion to Renew Motion for Summary Judgment** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


                                                                                                                 /s/ Beatrice S. Jordan
                                                                                                                 Beatrice S. Jordan