UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02-CV-1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | OCTOBER 17, 2006 |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF EXHIBITS A THROUGH I OF MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Notice is hereby given that the plaintiff has manually filed Exhibits A through I in support of her opposition to defendants' Renewed Motion for Summary Judgment, because said exhibits could not be easily downloaded.

    Respectfully Submitted
    THE PLAINTIFF
    MELANIE WILSON

By____/s/_____
  Stephen E. Reck
  Fed. Bar No. Ct07909
  Mariani & Reck, LLC
  83 Broad Street
  New London, CT 06320
  860.443.5023
  Fax: 860.443.8897
  Her Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on October 17, 2006, a copy of the foregoing Notice of Manual Filing of Exhibits A through I of Memorandum of Law in Opposition to Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Stephen E. Reck