UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | |
| | : | |
| VS. | : | NO. 3:02CV1026(CFD) |
| | : | |
| CITY OF NORWICH, LOUIS T. | : | |
| FUSARO and JAMES F. DAIGLE, JR. | : | OCTOBER 23, 2006 |

**CONSENT MOTION FOR EXTENSION OF TIME**

The plaintiff, with the consent of defense counsel, respectfully moves for an extension of time until thirty (30) days after the court rules on the pending Motion for Summary Judgment within which to file their Joint Trial Memorandum in this matter. In support of this motion, the parties submit that it is not possible to prepare the Memorandum until it is determined whether the municipal defendants will remain in the case.

THE PLAINTIFF

BY_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
JOHN R. WILLIAMS