UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | OCTOBER 27, 2006 |

**DEFENDANTS' MOTION FOR PERMISSION TO FILE REPLY BRIEF
IN EXCESS OF 10 PAGES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants, City of Norwich and Louis T. Fusaro, hereby move for permission to file a Reply Brief in excess of 10 pages. The defendants' Reply Brief is presently due to be filed on October 31, 2006.

The defendants submit that additional pages are necessary due to the fact that the plaintiff has raised at least two new legal theories in opposition to the defendants' summary judgment motion which were not pled in the Amended Complaint and, thus, not addressed by the defendants in the summary judgment motion. Specifically, the plaintiff has raised the following new legal theories in opposition to the defendants' motion: (1) municipal liability on the basis that co-defendant James Daigle was the final policymaker for the City of Norwich with regard to underage alcohol sting operations, and (2) a failure to protect claim against the City of Norwich and Louis T. Fusaro.

ORAL ARGUMENT IS NOT REQUESTED

Neither of the above claims were pled in the original Complaint, nor in the Amended Complaint. The defendants would be highly prejudiced if they were precluded from addressing claims raised by the plaintiff in opposition to the summary judgment motion and which were not previously pled. The ten (10) pages allotted under the Local Rule with regard to Reply Briefs are insufficient to respond to those arguments which are the subject of the summary judgment motion and to afford the defendants a fair and reasonable opportunity to address the plaintiff's newly raised legal theories.

WHEREFORE, the defendants respectfully request that their motion for permission to file a Reply Brief in excess of 10 pages be granted.

    DEFENDANTS,
    CITY OF NORWICH
    AND LOUIS T. FUSARO

By  /s/ Beatrice S. Jordan
    Thomas R. Gerarde
    ct05640
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  tgerarde@hl-law.com
    E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

   This is to certify that on October 27, 2006, a copy of the foregoing **Motion for Permission to File Reply Brief In Excess of Ten Pages** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

            /s/ Beatrice S. Jordan
            Beatrice S. Jordan