CONFIDENTIAL INTERVIEW

NORWICH POLICE DEPARTMENT

INTERVIEW OF: LT. FRANKLIN WARD

HELD AT: Norwich Police Department
70 Thames Street
Norwich, CT 06360

CONDUCTED ON: MARCH 27, 2002

CONDUCTED BY: DEPUTY CHIEF WARREN MOCEK

COPY

Reported By:
Susan M. Webb
Licensed Shorthand Reporter
License Number 00313

Shea & Driscoll, LLC
Court Reporting Associates
16 Seabreeze Drive
Waterford, CT 06385

SHEA & DRISCOLL, LLC   (860) 443-3592

6

operation. It might have been as early as two weeks before. We had been planning to do some type of enforcement activity over the Christmas holiday time period, and prior to that we had wanted to do a compliance check to see what the level of compliance was within the city. That's when the subject was first brought up about doing this type of operation, either one or two weeks before it actually happened.

MOCEK: I'd like to show you the Norwich Police Department incident report for that underage drinking compliance operation on November 30th, 2001, case number 01-34728.

WARD: I am familiar with it.

MOCEK: Okay. That report lists the date and time occurred as 6 to 8 p.m. on November 30th, 2001. Were you there for that operation?

WARD: No, I was not.

MOCEK: Why not?

WARD: I was there prior to the operation, went over some things with Sgt. Daigle, just the basics, what the plan of operation was, what was going to occur, what was going to be done, and once that was all established I left. The main reason I was not there was because two supervisors were not needed to supervise the operation, and he had received training

1   in such type of operations, where I had not.

2   MOCEK: Did you also have -- you were called in in
3   the early hours of the previous morning?

4   WARD: Yes. That was also a contributing factor.
5   I had been called in -- I forget the time -- but
6   probably 10 p.m. the previous morning and stayed until
7   approximately 2 a.m. that morning of November 30th and
8   so, therefore, I was also tired from that previous
9   operation.

10  MOCEK: I'd like to show you an overtime slip
11  which bears your name and the case number 01-34638.
12  Assignment is listed as burglary investigation, date
13  worked 11-30-01, and the time is written from 4 p.m. to
14  8 p.m. for a total of four hours; and it has been
15  corrected from 4 to 6 p.m. for a total of two hours.
16  Would you take a look at that overtime slip, please?

17  WARD: Okay.

18  MOCEK: Did you submit that overtime slip?

19  WARD: No, I did not.

20  MOCEK: Is that your handwriting?

21  WARD: No, it's not.

22  MOCEK: Do you recognize the handwriting?

23  WARD: It looks like Sgt. Daigle's handwriting.

24  MOCEK: The overtime slip is signed in the
25  supervisor spot?

1  permission.
2  MOCEK: As supervisor of the detective division,
3  you control the special investigations fund. Is that
4  correct?
5  WARD: That is correct.
6  MOCEK: What was the normal procedure in place on
7  November 30th, 2001 for the special investigations fund
8  account?
9  WARD: Normal procedure that would be in place is
10 that if anyone needed money for whatever reason that
11 would need to be drawn from that account, they would
12 come see me. I would draw the money down. I would
13 count it. They would count it. I would log it in the
14 book. I would initial it. They would initial it.
15 MOCEK: Who maintained the actual S.I. fund
16 logbook?
17 WARD: I did and I still do.
18 MOCEK: Did then Sgt. Daigle ever handle the
19 funds?
20 WARD: Yes, he has. Usually that would be in my
21 absence. If I was not there that day or on vacation or
22 whatever and the money was needed, he would handle the
23 funds.
24 MOCEK: He's familiar with how to log the funds?
25 WARD: Yes, he is.

1  WARD: No. There have there been occasions where
2  detectives will submit their own overtime slips.
3  Usually for a group operation a supervisor will do it.
4  It's just a little easier that way and ensure that
5  everything is the same. If a detective stays for a
6  couple hours on his own, he might just put the slip in
7  himself, but if they did submit a slip by themselves,
8  they would put in the all the information including the
9  hours worked.
10  MOCEK: I'd like to show you incident report
11  number 00-29461 regarding an assist other agency which
12  was the Liquor Commission, and this occurred on
13  September 15th Of 2000.
14  WARD: Okay.
15  MOCEK: Do you recall that operation?
16  WARD: Yes, I do.
17  MOCEK: Did then Sgt. Daigle bring to your
18  attention at any time any issues or unusual
19  circumstances that had occurred during that operation?
20  WARD: No, he did not.
21  MOCEK: Do you recall his comments about the
22  operation after its completion?
23  WARD: I can't recall anything specific that would
24  stand out other than the fact if I can't recall it, I
25  can only assume that things went according to plan. I

1   don't remember any specifics.
2       MOCEK: He gave you no information to indicate
3   otherwise?
4       WARD: Correct.
5       MOCEK: You are not listed in that report as
6   having worked that operation?
7       WARD: Correct. I did not actually go on the
8   operation itself. I was there prior to it. I remember
9   being introduced to the underage minor that was going
10  to be used and also to Liquor Control.
11      MOCEK: So you were there for the start of it?
12      WARD: Correct, but I did not go out on the road
13  on the actual operation.
14      MOCEK: Were you there when they came back from
15  the operation?
16      WARD: No, I wasn't. At the end of the night?
17      MOCEK: Right.
18      WARD: No, I wasn't. I believe that one was split
19  up into two separate kinds of operations. One was for
20  off-permit and one was for on-permit premises, which I
21  believe I left just prior to the start of the on-permit
22  premise investigation.
23      MOCEK: So you would have been there until at
24  least eight o'clock?
25      WARD: Yeah.

things are done and whatever or how certain things were done so I was familiar with the basic protocol of what to do.

MOCEK: Okay. With respect to this particular operation, you also mentioned that you were introduced to the operative?

WARD: Yes, I was.

MOCEK: That would have been Miss Wilson? She had long very blonde hair?

WARD: I don't recall her name. I do remember, believe that she had very light blonde hair. That was about all I recall upon meeting her. That would have been over in the area where Sgt. Daigle sat. I don't remember if I was in there, if any photographs were taken or if I was in my office. I don't remember.

MOCEK: Do you recall if she said anything of note to you?

WARD: No. I don't recall, which probably means she didn't say anything of note to me; otherwise, I would have remembered it.

MOCEK: In the introduction, you would have been introduced as a lieutenant and commander of the detective division I would assume, correct?

WARD: Yeah. I think Jim usually worded it as my boss. This is my boss. He was always careful to call

42

```
 1   STATE OF CONNECTICUT   )
                            ) ss.
 2   COUNTY OF NEW LONDON   )
 3
 4          I, Susan M. Webb, a Notary Public duly
 5   commissioned and qualified within and for the State of
 6   Connecticut, do hereby certify that I took the confidential
 7   interview of Lt. Franklin Ward on the 27th day of March 2002,
 8   at the Norwich Police Department, 70 Thames Street, Norwich,
 9   Connecticut, commencing at 9:16 p.m.
10          I further certify that the following testimony was
11   taken by me stenographically and thereafter reduced to writing
12   under my supervision.
13          I further certify that I am not an attorney,
14   relative, or employee of any party hereto nor otherwise
15   interested in the event of this cause.
16          In witness whereof, I have hereunto set my hand
17   and affixed my seal this 10th day of April 2002.
18                              Susan M. Webb
19                              Susan M. Webb
                                Notary Public
20
     My Commission Expires August 30, 2003
21
```