CONFIDENTIAL INTERVIEW

NORWICH POLICE DEPARTMENT

INTERVIEW OF LT. JAMES DAIGLE, JR

VOLUME V

| | |
|---|---|
| HELD AT: | Norwich Police Department<br>70 Thames Street<br>Norwich, CT 06360 |
| CONDUCTED ON: | APRIL 3, 2002 |
| CONDUCTED BY: | DEPUTY CHIEF WARREN MOCEK |
| ALSO PRESENT: | CAPTAIN ROBERT DROZYNSKI<br>HARRY E. CALMAR, ESQ.<br><br>JOHN M. WALSH, Jr., ESQ.<br>UNION REPRESENTATIVE |

COPY

Reported By:
Susan M. Webb
Licensed Shorthand Reporter
License Number 00313

Shea & Driscoll, LLC
Court Reporting Associates
16 Seabreeze Drive
Waterford, CT 06385

SHEA & DRISCOLL, LLC   (860) 443-3592

> MOCEK: Have you ever on department premises taken a nude or partially nude photo or image of an individual?
>
> DAIGLE: No.
>
> MOCEK: Have you ever on department time taken a nude or partially nude photo or image of an individual?
>
> DAIGLE: No.
>
> MOCEK: Have you ever taken --
>
> DAIGLE: Excuse me, sir. That's with the exception any kind of investigations of deceased or injured persons. I have in the past taken pictures of decedents who are partially nude or nude.
>
> MOCEK: Okay. Have you ever taken any nude or partially nude photo or image of an individual then employed by the city or police department?
>
> DAIGLE: Yes.
>
> MOCEK: When?
>
> DAIGLE: Both of those occasions I indicated.
>
> MOCEK: Why?
>
> DAIGLE: Want them addressed individually?
>
> MOCEK: Yes, please.
>
> DAIGLE: The pictures in -- again, the year is approximate. I'm basing this on my cigar store, which we opened in '97. There were pictures taken of a -- it could have been a past employee at that point. It

```
 1    could have been '98.  I don't know what her status was
 2    at that point.  Pictures were taken of her semiclothed
 3    for a cigar calender which was never produced,
 4    basically art shots of her smoking various cigars,
 5    wearing baseball caps, or wearing a white shirt.
 6         MOCEK:  And of whom are we speaking?
 7         DAIGLE:  A former civilian employee.
 8         MOCEK:  Her name is?  What is her name?
 9         DAIGLE:  Her name is Kristen Vanase.
10         MOCEK:  What happened to the film or disk or
11    photos?
12         DAIGLE:  They were shots taken of color.  They
13    were color shots and black and white shots.  Somebody
14    else had the black and white shots.  I never saw them.
15    I took -- I don't know what happened to those.  I had
16    the negatives.  I gave them to somebody to get them
17    developed.  I don't remember.  The color ones are at
18    the cigar shop.  The black and white ones did not come
19    out very well.  The color ones must be with the cigar
20    store stuff we have stretched out all over the place.
21    We closed back in '99.
22         MOCEK:  Was there anybody else present during the
23    taking of the photos?
24         DAIGLE:  No.
25         MOCEK:  You said you gave the negatives to
```

1  partially nude photos or images of individuals on
2  department premises or property or on department time
3  or to department personnel?
4      DAIGLE:  On department premises or property, yes,
5  to Deputy Chief Burnes.  What was the second part of
6  that?
7      MOCEK:  Or on department property or on department
8  time?
9      DAIGLE:  That would have been on department time.
10 The supplying of the negatives to whoever would have
11 been.  I don't remember, but I'm presuming I would have
12 done it when I was working, just hand it to him, and
13 what was the third, or to --
14     MOCEK:  Or to department personnel.
15     DAIGLE:  Yes, Deputy Chief Burnes, and the photos
16 of Vanase which were kept at the cigar store were
17 observed by several people who would come in and out of
18 the cigar store.  I don't recall specifically who.  It
19 could just be a handful of people going in there,
20 because we were talking about doing a calender so --
21 and the picture of the other woman, that's been kept
22 always at my residence.  I changed residence after the
23 picture was taken, changed again in '92.
24     Let me see, it was shown then to an employee who
25 wasn't an employee then.  I don't know of anyone else

seeing it.  I know there was a rumor about it, because when Thomas Peterson was a lieutenant at that time, he had a personal interest in this woman.  He summoned me in his office and started screaming and yelling about the presence of it.  I denied it.  I told him I didn't know what was talking about, and that was back in '90 maybe, 1990.  I don't remember when he left.

    MOCEK:  Was that photo ever on police premises?

    DAIGLE:  No.

    MOCEK:  So we understand, we're talking about the woman whose name is on Exhibit 1?

    DAIGLE:  That being the name I supplied?

    MOCEK:  Yes.

    DAIGLE:  Yes, sir.

    MOCEK:  Explain how the interaction with then Deputy Chief Burnes came about.

    DAIGLE:  I don't specifically recall the reason I was in there or the conversation.  It led into him being investigated for some kind of conduct involving that employee, and during my interview as part of that investigation, I related to then Deputy Chief Louis Fusaro that I would be very surprised -- I'm sorry.  He was captain then.  He was then Captain Robert Burnes.

    In my conversation with Deputy Chief Fusaro at the time, I told him I'd be very surprised if that employee

was shocked by any kind of activity or approach or anything involving any kind of sexual connotation, that she would not find that shocking. She more or less would be involved in such a thing, and then Captain Burnes had said oh, I heard you took some photos of her. I heard you were having a relationship with her. You know how Captain Robert Burnes used to be, and I stated that I took some pictures for the cigar store, for a calender I was going to do, which we never did, that I obviously never had a relationship with her, and he asked that I produce one of the photos because he didn't believe me.

MOCEK: Then what happened.

DAIGLE: I produced to him one of the photos. I don't know if it was days later, a week later. I don't recall, but I subsequently gave him a photograph.

MOCEK: That took place where?

DAIGLE: It was in his office. I don't remember if he was deputy chief then or captain. I don't recall where the time frame fell. He was investigated when he was captain. He got promoted after that. He was concerned about it because of some issue with his investigation. It may have even been concluded and he was worried about a lawsuit. I don't specifically recall his interest in that. I know he asked me to

```
 1   STATE OF CONNECTICUT   )
                            ) ss.
 2   COUNTY OF NEW LONDON   )
```

I, Susan M. Webb, a Notary Public duly commissioned and qualified within and for the State of Connecticut, do hereby certify that I took the confidential interview of LT. JAMES DAIGLE on the 3rd day of April 2002 at the Norwich Police Department, 70 Thames Street, Norwich, Connecticut, commencing at 10:33 a.m.

I further certify that the following testimony was taken by me stenographically and thereafter reduced to writing under my supervision.

I further certify that I am not an attorney, relative, or employee of any party hereto nor otherwise interested in the event of this cause.

In witness whereof, I have hereunto set my hand and affixed my seal this 8th day of April 2002.

*Susan M. Webb*

Susan M. Webb
Notary Public

My Commission Expires August 30, 2003