1

```
1              UNITED STATES DISTRICT COURT
2                 DISTRICT OF CONNECTICUT
3
  MELANIE WILSON,            :    NO.: 3:02CV1026(CFD)
4       Plaintiff,           :
                             :
5  v.                        :
                             :    MARCH 31, 2005
6                            :
  CITY OF NORWICH, ET AL,    :
7       Defendants.          :
8
9
   ------------------------------------------------
10           DEPOSITION OF MELANIE WILSON
   ------------------------------------------------
11
12
  APPEARANCES:
13
          MARIANI & RECK, LLC
14           Attorneys for the Plaintiff
             83 Broad Street, P.O. Box 1630
15           New London, Connecticut 06320-1630
             (860) 443-5023
16        BY: KRISTI A. HANNEY, ESQ.
17
          JOHN R. WILLIAMS and ASSOCIATES, LLC
18           Attorneys for the Plaintiff
             51 Elm Street, Suite 409
19           New Haven, Connecticut 06510
             (203) 562-9931
20        BY: ROB A. SERAFINOWICZ, ESQ.
21
  APPEARANCES CONTINUED
22
       NIZIANKIEWICZ & MILLER REPORTING SERVICES
23                972 Tolland Street
          East Hartford, Connecticut 06108-1533
24                  (860) 291-9191
25           DONNA M. DECIANTIS, LSR
```

```
                                                                    2

 1     A P P E A R A N C E S :

 2            HALLORAN & SAGE, LLP
                  Attorneys for the defendant
 3                James Daigle
                  One Goodwin Square
 4                225 Asylum Street
                  Hartford, Connecticut   06103-4303
 5                (860) 241-4098
              BY: ERIC P. DAIGLE, ESQ.
 6

 7            HOWD & LUDORF
                  Attorneys for the defendants City of
 8                Norwich and Louis T. Fusaro
                  65 Wethersfield Avenue
 9                Hartford, Connecticut   06114
                  (860) 249-1361
10            BY: ALEXANDRIA VOCCIO, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  off a very mentor-like appearance, which had gained
2  him my trust, and that trust he was able to
3  manipulate.
4      Q    Well, if your allegations are correct, he
5  already had taken photographs of you naked, so what
6  would he need to continue grooming you for?
7      A    I don't know. Maybe to possibly not come
8  forward earlier. Because of my trust, I didn't
9  question hard enough that those pictures weren't
10 part of protocol.
11     Q    And, in fact, when he talked to you about
12 posing for photographs again you agreed?
13     A    He had called me at school. There was a
14 conversation that he told me about a child
15 pornography investigation he was involved in. He
16 said it was to catch a man in Bozrah who had been
17 taking pictures of young kids. He said that he had
18 used a photograph of a police officer that he'd
19 exchanged with this pornographer. But he explained
20 the game of this pornographer's situation as he
21 would take -- him and his investigation and his team
22 would take a photograph of someone and encrypt it
23 and send it through e-mail to this person in Bozrah
24 who would then in return send him a picture back.
25 And it was this game that he said they needed to

80

send pictures that were gradually younger and younger in order to get this guy to send back a picture that was legitimately under 18 so they could go and arrest him. When the conversation took place, he initially asked me if I would be willing to take those photographs for that purpose and I said no. Either two weeks or four weeks passed and I was in contact with him again where he -- I don't remember if he brought up the investigation or if I said, How's it going? I don't remember how that happened. And that was the conversation where I told him I would agree to take topless photographs for that purpose.

Q    Okay. So the answer to my question then would be that you agreed subsequently in the future when he contacted you to participate and pose for photographs when you returned home, correct?

A    For the purpose of the child pornographer investigation.

Q    That's fine. But you agreed to do it, correct?

A    Yes.

Q    Was there any conversations about how you wanted to pose on top of his Porsche?

A    No.

```
 1  driven a vehicle was my dad's vehicle in North
 2  Carolina in the summer 2001.
 3      Q    How did you get back and forth to work
 4  and stuff?
 5      A    Where?
 6      Q    During the summer of 2000, how would you
 7  get back and forth to work?
 8      A    I walked.
 9      Q    To Bess Eaton and the marina?
10      A    Yes.  Unless my mom chose to drive me or
11  pick me up.
12      Q    How far of a walk is it?
13      A    It's not far.  Maybe three-quarters of a
14  mile either way.
15      Q    You never took the car out for social --
16      A    My mom didn't let me touch the car.
17      Q    So in other words, to go out, somebody
18  always had to pick you up?
19      A    Yes.
20      Q    So in December of 2000 when you say you
21  went to Daigle's house, you don't recall driving
22  there?
23      A    He would have had to pick me up, yes.
24      Q    And what happened when you got there?
25      A    When I got there I remember sitting in
```

1  his kitchen waiting for him to organize stuff. I
2  don't know exactly what he was doing. I remember
3  sitting there, and then he took the topless
4  photographs. One thing I remember him saying is,
5  when I took my shirt off, he asked me, What about
6  your pants? And I had told him that I didn't agree
7  to full nude photographs, but only the topless
8  photographs. And then he said, Oh, okay, okay. I
9  remembered that because I was upset that he didn't
10 remember the conversation that we had, or he was
11 trying to get more out of me, I don't know.
12      Q    Okay. What was Daigle wearing at the
13 time, do you recall?
14      A    I don't know.
15      Q    Was he in uniform?
16      A    No.
17      Q    Was he working?
18      A    No.
19      Q    Did he have a badge on?
20      A    No.
21      Q    Was it his day off?
22      A    I don't know.
23      Q    Did he tell you he had to go to work or
24 he was working?
25      A    I don't know.

1  Q     Tell me exactly what happened while you
2  were at his house.
3  A     I used to wear a ring, much like my
4  necklace, that had my initials on it.  I distinctly
5  remember him asking me to take that off because it
6  would serve as an indentifier for the pornographer,
7  so I took the ring off.  And I wore that ring like
8  every day since I had gotten it.  I took the ring
9  off.  He said that he would take pictures from my
10 waist up and cut off at the chin.  And then he took
11 about 16 or 17 pictures.  I did see those pictures
12 at the time.  After he took them, I would look at
13 them and if I felt uncomfortable, that too much of
14 my face was showing, he would erase the picture and
15 take another one.
16 Q     Okay.  So he reviewed the pictures with
17 you?
18 A     Yes.
19 Q     And you said 16 to 17 photographs?
20 A     Yes.
21 Q     And were you posed at all?
22 A     Yes.
23 Q     In what manner?
24 A     On the couch.  He has leather black
25 couches as I remember.  And some were like -- there

184

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither counsel nor attorney to either of the parties to said suit nor related to or employed by either counsel in said suit nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___6___ day of _April_ 20 _05_.

_____
Notary Public

Connecticut License No. 00181
My commission expires:
November 30, 2009