UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | DECEMBER 27, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melinda A. Powell moves the Court for permission to withdraw her appearance filed on behalf of the defendants, City of Norwich and Louis T. Fusaro, in the above-captioned matter.

Attorney Beatrice Jordan, Attorney John Radshaw and Attorney Thomas Gerarde of Howd & Ludorf, LLC previously entered their appearance on behalf of the defendants, City of Norwich and Louis T. Fusaro.

        DEFENDANTS,
        CITY OF NORWICH
        AND LOUIS T. FUSARO

        By: /s/Melinda A. Powell
          Melinda A. Powell
          ct17049
          Howd & Ludorf, LLC
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (Fax)

## **CERTIFICATION**

      This is to certify that on December 27, 2006, a copy of the foregoing **Motion for Permission to Withdraw Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


                            /s/Melinda A. Powell
                            Melinda A. Powell