UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02-CV-1026 (CFD) |
| v. | : | |
| CITY OF NORWICH, ET AL | : | FEBRUARY 9, 2007 |

## MOTION FOR CONTINUANCE

Counsel for plaintiff respectfully moves this Court for a continuance of the hearing on the pending Motion for Summary Judgment.

The reason for the continuance is counsel for the plaintiff, Stephen E. Reck, who prepared the Memorandum in Opposition is unavailable that date due to depositions that are scheduled in the matter of *Erin Leduc v. Carolyn King, Et al*, KNL-CV-06-5001321-S. Four (4) separate depositions are scheduled. The date was coordinated between three (3) parties and has been scheduled since January 22, 2007.

The aforementioned depositions have been rescheduled numerous times due to scheduling conflicts. Plaintiff's counsel respectfully requests that the case be continued until March 6, 2007 or March 7, 2007.  Defense counsel Beatrice S. Jordan has no objection and agrees to those dates.

                                      THE PLAINTIFF,
                                      MELANIE WILSON


BY___/s/_____
   Stephen E. Reck
   ct07905
   Mariani & Reck, LLC
   83 Broad Street
   New London, CT 06320
   (860) 443-5023
   (860) 443-8897 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that on February 9, 2007, a copy of the foregoing
Motion for Continuance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
Stephen E. Reck