UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | CIVIL ACTION<br>NO. 3:02CV1026 (CFD) |
| V. | : | |
| CITY OF NORWICH,<br>LOUIS T. FUSARO and<br>JAMES F. DAIGLE, JR. | :<br>:<br>: | JANUARY 21, 2008 |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The undersigned defendant requests that each of the prospective jurors be required to identify themselves, giving their number, name, their address for the past five years, their occupation for the past five years and occupation of their spouses for the past five years. The defendant requests that they then be asked the following questions:

1. Have any of you ever served as a juror previously, either in State or Federal Court? If so, where and when was it and did it involve civil or criminal cases.

2. Are you or any members of your family or friends related to any of the attorneys representing any of the parties to this action? If so, what is the relationship?

3. Have you or any members of your family or friends ever been represented by, or are you or they socially acquainted with, any of the attorneys who represent any of the parties to this action? If so, state when and where the representation of such attorney, or the extent of the acquaintance with such, occurred.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

4. Do you or any members of your family or friends know the plaintiff or any members of her family?

5. Do you have any knowledge about this lawsuit or any other lawsuit involving the action of any law enforcement agency?

6. Do you or any members of your family or friends know any of the people who are expected to be witnesses in this case or any of the organizations with which the witnesses are associated?

7. Do you have any underlying bias or prejudice where local or state police officers are concerned, and if so, what are those biases or prejudices?

8. Do you have any particular feelings concerning the defendant which would in any way affect your ability to be fair and impartial in this case?

9. Have you or any members or your family or friends ever worked for any police department or law enforcement agency?

10. Have you or any members of your family or friends ever studied law?

11. Have you or any members of your family or friends ever made a claim or brought a lawsuit concerning the actions of any police department or employee of any police department or agency? If so, what was the basis of that claim?

12. Have you ever been a party to a lawsuit or brought a claim for money damages, if so:

    (a) did you bring the suit or claim or was it brought against you;

    (b) what was the nature of the lawsuit or claim;

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

(c)   how was the suit or claim resolved.

13.   Have you or any members of your family or friends ever worked for a lawyer?

14.   Is there any one of you who, if instructed to do so by the Judge, could not or would not be able to put aside all natural feelings of sympathy during jury deliberations and decide this case strictly on the facts and the law?

15.   Do any of you feel that because this case involves the actions of police personnel that you would not be able to put aside all natural feelings either pro or con with respect to police officers, and decide this case strictly on the facts and the law.

16.   If there are any one of you who would find it extremely difficult, if not impossible, to follow the Judge's instructions not to discuss the case outside of the courtroom with anyone, including family members, and not to read about the case or listen to any possible broadcasts about it on the radio or television?

17.   Are there any among you who feel that merely because a person brings a lawsuit and claims money damages that such person is entitled to be awarded damages by a jury without first proving that the defendant is liable under the law?

18.   Are there any among you who feel that merely because the defendant has been sued that he must have done something wrong or must legally be at fault?

19.   Are there any among you who feel that even if the plaintiff fails to prove her case against the defendant, you could not or would not send the plaintiff home

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

without any money because she claims she has suffered a great deal and incurred expenses?

20. Do any one of you feel now, before hearing any of the evidence, that you are inclined to lean towards any party or be sympathetic towards the position of any party?

21. Do any of you know anything about the circumstances surrounding this lawsuit, through information in the media or otherwise?

22. Have any or you or any members of your family worked for the City of Norwich, or any other municipality? If so, in what capacity.

23. Have you or any members of your family ever had any negative experiences, including but not limited to, being arrested, with any police officer or any member of a law enforcement agency? If so, what was the nature of the negative experience?

24. Do any of you have any opinion about the quality of police service provided by the City of Norwich? If so, what is that opinion.

25. Have any of you read any publications in the media regarding any of the parties to this lawsuit and if so, whether any information you obtained from those publications would affect your ability to be fair and impartial in this case?

26. Are you a member of the American Civil Liberties Union or any organization devoted to the protection of civil rights or civil liberties?

27. Have you or any member of your family been a victim of sexual harassment in the work place.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

THE DEFENDANT
JAMES F. DAIGLE, JR.

/s/

By _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

## CERTIFICATION

This is to certify that on this 21st day of January, 2008, I hereby mailed a copy of the foregoing to:

For the Plaintiff:

Stephen E. Reck, Esquire
Mariani & Reck, LLC
83 Broad Street
P.O. Box 1630
New London, CT 06320
Ph: (860) 443-5023
E-Mail: s.reck@marianireck.com

John R. Williams, Esquire
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
Ph: (203) 562-9931
E-Mail: jrw@johnrwilliams.com

For Defendant City of Norwich:

Beatrice Jordan
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
Ph: (860) 249-1361
E-Mail: bjordan@hl-law.com

/s/

_____
Eric P. Daigle

- 6 -

One Goodwin Square            HALLORAN            Phone (860) 522-6103
225 Asylum Street             & SAGE LLP           Fax (860) 548-0006
Hartford, CT 06103                                 Juris No 26105