UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | JANUARY 21, 2008 |

## MOTION TO AMEND JOINT TRIAL MEMORANDUM

The defendants hereby request the Court's permission to amend the Joint Trial Memorandum which was filed on January 11, 2008 for the following reasons:

1. In the afternoon of January 10, 2008, the undersigned counsel for the City of Norwich contacted plaintiff's counsel regarding the exchange and finalization of the parties' Joint Trial Memorandum. Counsel for the plaintiff, Attorney John Williams, indicated in response that he required the defendants' portion of the trial memorandum first, and had been awaiting the same. There had been no communications from the plaintiff's attorneys prior to this point regarding the joint trial memorandum.

2. By noon on January 11, 2008, the defendants provided Attorney Williams with their portions of the trial memorandum.

3. At approximately 4:30 p.m. on January 11, 2008, Attorney John Williams filed a purported Joint Trial Memorandum of the parties. However, Attorney Williams

ORAL ARGUMENT IS NOT REQUESTED

did not provide the defendants with an advance copy of the memorandum filed. The defendants were, therefore, precluded from reviewing the plaintiff's witness and exhibit list so as to formulate any necessary objections to the same.

Wherefore, the defendants respectfully request that their Motion to Amend Joint Trial Memorandum be granted so that they may be afforded the opportunity to note their objections to the plaintiff's anticipated evidence.

                                    DEFENDANT,
                                    CITY OF NORWICH

                                    By  /s/ Beatrice S. Jordan
                                        Beatrice S. Jordan
                                        ct22001
                                        Howd & Ludorf, LLC
                                        65 Wethersfield Avenue
                                        Hartford, CT  06114-1121
                                        (860) 249-1361
                                        (860) 249-7665 (Fax)
                                        E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that on January 21, 2008, a copy of the foregoing **Motion To Amend Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                               By   /s/ Beatrice S. Jordan
                                               Beatrice S. Jordan