UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELANIE WILSON : | NO.: 3:02CV1026 (CFD) |
| : | |
| v. : | |
| : | |
| CITY OF NORWICH, ET AL : | JANUARY 21, 2008 |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The defendant, City of Norwich, hereby submits the following proposed voir dire questions:

1. The plaintiff in this case is Melanie Wilson. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff or any of her family members in any way? If so, please describe the nature of the acquaintance.

2. The defendants in this case are James Daigle and the City of Norwich. To the best of your knowledge, are you or any member of your family acquainted with the defendants? If so, please describe the nature of the acquaintance.

3. Have you or any member of your family or friends ever been represented by, socially acquainted with or related to any of the attorneys involved in this action? If so, state when you were represented by the attorney and in what type of matter, or the nature of the relationship with the attorney.

4. Please state whether you know, or are acquainted with any of the witnesses personally. If so, please describe your relationship.

5. Please state whether you or any member of your family has been a party to a lawsuit. If so, please describe the circumstances.

6. Have you ever been involved in a civil or criminal case as a witness?

7. Have you had prior jury service? If so, please state whether the matter was in federal or state court, a civil or criminal case, the nature of the case, whether you reached a jury verdict, and if so, what was the verdict?

8. Do you have any knowledge about the circumstances surrounding this lawsuit, either personally, through the media or otherwise?

9. Have you, a member of your family, or a close friend ever sued a police officer of any municipality, the State of Connecticut or any municipality for any reason?

10. To the best of your knowledge, have you, a member of your family, or a close friend ever had a negative experience with a police officer? If so, please describe the nature of such experience.

11. Do you have a favorable or unfavorable opinion about police officers?

12. Have you, a member of your family, or a close friend ever been arrested?

13. Have you ever been the subject of a dispute which resulted in the police being called to the scene? If so, please describe.

14. Have you or any member of your family been a victim of sexual harassment or otherwise sexually exploited? If so, please describe.

15. Do you have an opinion, favorable or unfavorable, about the City of Norwich and the Norwich Police Department?

16. Have you or a member of your family ever been employed as a police officer?

17. Have you or a member of your family ever been employed by the City of Norwich, or any other municipality? If so, in what capacity?

18. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to her case?

19. Is there any reason why you could not or would not be able to send the plaintiff away without money damages if you feel that the plaintiff has not sustained her responsibility to prove her case against the defendant even though she claims to have suffered injuries and incurred expenses?

20. If you are selected to sit on this jury, the Court will instruct you that you must put aside all natural feelings of sympathy during deliberations and decide this

case solely on the facts and the law. Is there any reason why you could not or would not be able to do so?

21. Is there any reason why you could not or would not treat police officers or the City of Norwich as fairly, impartially and justly as you would treat any other individual?

22. Do you believe that a person is entitled to an award of damages merely because they have hired an attorney and filed a lawsuit for money damages?

23. Do you believe that a defendant must have done something wrong or is otherwise legally at fault merely because he has been sued?

Do you know of any reason why you could not serve as a juror in this case?

DEFENDANT,
CITY OF NORWICH

By   /s/ Beatrice S. Jordan
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: bjordan@hl-law.com

**CERTIFICATION**

   This is to certify that on January 21, 2008, a copy of the foregoing **Defendants' Proposed Voir Dire Questions** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                By   /s/ Beatrice S. Jordan
                Beatrice S. Jordan