UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | NO.: 3:02CV1026 (CFD) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NORWICH, ET AL | : | FEBRUARY 26, 2008 |

## MOTION FOR CONTINUANCE

The defendant, **City of Norwich**, respectfully requests a continuance of the Pretrial Conference scheduled for April 4, 2008, and jury selection scheduled for April 16, 2008. A continuance is requested because the jury trial of this matter was erroneously scheduled for April 16, 2008 pursuant to the Court's Notice to Counsel of E-Filed Calendar, dated December 18, 2007. (See Doc. # 130.) As represented on the record at the Trial Call Calendar on December 14, 2007, the undersigned trial counsel is unavailable for trial from April 7, 2007 through April 18, 2007.

WHEREFORE, the defendant, **City of Norwich**, requests that this motion for continuance be granted.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
CITY OF NORWICH


By  /s/ Beatrice S. Jordan
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

     This is to certify that on February 26, 2008, a copy of the foregoing **Motion for Continuance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Stephen E. Reck, Esquire
Michael J. Cartier, Esquire
Mariani & Reck, LLC
83 Broad Street
New London, CT  06320

John R. Williams, Esquire
William & Pattis, LLC
51 Elm Street
New Haven, CT  06510

Eric P. Daigle, Esquire
Christine P. Plourde, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                By   /s/ Beatrice S. Jordan
                                                Beatrice S. Jordan