UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELANIE WILSON : CIVIL ACTION
  NO. 3:02CV1026 (CFD)
V. :

CITY OF NORWICH, LOUIS T.
FUSARO and JAMES F. DAIGLE, JR. : APRIL 28, 2008

## DEFENDANT JAMES DAIGLE'S OBJECTIONS TO PLAINTIFF'S LIST OF WITNESSES

On January 11, 2008, the plaintiff filed the Joint Trial Memorandum (Doc 134). The document was filed by the plaintiff, and as such, the defendants were not able to object. As such, the defendant, James Daigle, Jr., sets forth the following objections to the plaintiff's witness list:

2. Kristen Ejchorszt will testify concerning a pattern of similar misconduct by defendant Daigle.

**OBJECTION:** **The defendants object to the testimony of Kristen Ekchorszt based on lack of relevance, immateriality, hearsay, prejudicial effect, and the potential for confusion substantially outweighs probative value. Fed. R. Evid. 401, 402, 403. In addition, the testimony of "similar misconduct" is precluded under Fed. R. Evid. 413-415.**

5. Theresa Earl will testify concerning a pattern of similar misconduct by defendant Daigle.

**OBJECTION:** **The defendants object to the testimony of Theresa Earl based on lack of relevance, immateriality, hearsay, prejudicial effect, and the potential for confusion substantially outweighs probative value. Fed. R. Evid. 401, 402, 403. In addition, the testimony of "similar misconduct" is precluded under Fed. R. Evid. 413- 415.**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

THE DEFENDANT
JAMES F. DAIGLE, JR.


By /s/
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

### CERTIFICATION

This is to certify that on the 28th day of April 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Stephen E. Reck *s.reck@marianireck.com*
Peter Catania, Esq. *info@marianireck.com*
Attorney Linda L. Mariani *l.mariani@marianireck.com*
Mariani & Reck, LLC

Beatrice S. Jordan, Esq. *bjordan@hl-law.com*
Alexandria L. Voccio, Esq. *avoccio@hl-law.com*
John J. Radshaw, III, Esq. *jradshaw@hl-law.com*
Thomas R. Gerarde, Esq. *tgerarde@hl-law.com*
Howd & Ludorf

John R. Williams, Esq. *jrw@johnrwilliams.com*


/s/
Eric P. Daigle

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105