UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELANIE WILSON

    Vs.                                      Case Number: 3:02CV1026(CFD)

CITY OF NORWICH
JAMES F. DAIGLE, JR.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>April 30, 2008</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **May 30, 2008** unless closing papers are filed on or before that date, or unless counsel parties report prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, May 1, 2008.


                            ROBIN D. TABORA, CLERK


                        By: _____/s/_____
                            Devorah Johnson
                            Deputy Clerk