UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELANIE WILSON | : | |
| | : | |
| VS. | : | NO. 3:02CV1026(CFD) |
| | : | |
| CITY OF NORWICH, LOUIS T. | : | |
| FUSARO and JAMES F. DAIGLE, JR. | : | MAY 22, 2008 |

**CONSENT MOTION FOR EXTENSION OF TIME**

    The Plaintiff hereby moves for an extension of time until June 6, 2008 within which to file the appropriate documents necessary to finally close this case. The parties have reached a settlement of this matter and the Plaintiff has signed a release. The additional time is necessary in order to finalize all necessary documents between the parties including the Defendant James F. Daigle, Jr., who is personally paying a portion of the settlement figure.

    All parties consent to the granting of this motion.

THE PLAINTIFF

BY:  /s/
JOSEPH M. MERLY (ct21266)
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
Phone: 203/562-9931
FAX:  203/776-9494
E-Mail: jmerly@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/
JOSEPH M. MERLY