UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELANIE WILSON                          :
                                        :
VS.                                     :        NO. 3:02CV1026(CFD)
                                        :
CITY OF NORWICH, LOUIS T.               :
FUSARO and JAMES F. DAIGLE, JR.   :        JUNE 6, 2008

### SECOND MOTION FOR EXTENSION OF TIME

The Plaintiff hereby moves for an extension of time until June 20, 2008 within

which to file the appropriate documents necessary to finally close this case. The parties

have reached a settlement of this matter and the Plaintiff has signed a partial release.

The Defendant James F. Daigle, Jr. has proposed certain language in his

release which has taken additional time for the Plaintiff to negotiate and consider. The

additional time is necessary in order to finalize the release language between the

Defendant Daigle and the Plaintiff.


THE PLAINTIFF


BY:_____/s/_____
        JOSEPH M. MERLY (ct21266)
        John R. Williams and Associates, LLC
        51 Elm Street
        New Haven, CT 06510
        Phone:203/562-9931
        FAX:  203/776-9494
        E-Mail: jmerly@johnrwilliams.com
        Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JOSEPH M. MERLY