UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELANIE WILSON                          :   CIVIL ACTION
                                        :   NO. 3:02CV1026 (CFD)
V.                                      :
                                        :
CITY OF NORWICH, LOUIS T.               :
FUSARO and JAMES F. DAIGLE, JR.         :   JUNE 27, 2008

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

                                             THE PLAINTIFF
                                             MELANIE WILSON

                                             By _____
                                             Stephen E. Reck
                                             MARIANI & RECK
                                             Fed Bar # 07909
                                             83 Broad Street
                                             P.O. Box 1630
                                             New London, CT 06320-1630
                                             (860) 443-5023
                                             s.reck@marianireck.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT
JAMES F. DAIGLE, JR.

By _____
Eric P. Daigle
HALLORAN & SAGE LLP
Fed. Bar #ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Daigle@halloran-sage.com

- 2 -

One Goodwin Square　　　HALLORAN　　　Phone (860) 522-6103
225 Asylum Street　　　& SAGE LLP　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　Juris No 26105

## CERTIFICATION

This is to certify that on the 30th day of June, 2008, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Stephen E. Reck *s.reck@marianireck.com*
Peter Catania, Esq. *info@marianireck.com*
Attorney Linda L. Mariani *l.mariani@marianireck.com*
Mariani & Reck, LLC

Beatrice S. Jordan, Esq. *bjordan@hl-law.com*
Alexandria L. Voccio, Esq. *avoccio@hl-law.com*
John J. Radshaw, III, Esq. *jradshaw@hl-law.com*
Thomas R. Gerarde, Esq. *tgerarde@hl-law.com*
Howd & Ludorf

John R. Williams, Esq. *jrw@johnrwilliams.com*

_____
Eric P. Daigle

- 3 -

1197179v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105